IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| SARAH ARONSON, M.D., ) | CASE NO. CV 09 713957 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE JANET R. BURNSIDE |
| v. ) | |
| ) | |
| UNIVERSITY HOSPITALS OF ) | |
| CLEVELAND, ) | |
| ) | |
| Defendant. | |

**NOTICE OF FILING OF PETITION FOR REMOVAL**

PLEASE TAKE NOTICE that on February 18, 2010, Defendant University Hospitals of Cleveland d/b/a University Hospitals Case Medical Center ("Defendant"), filed a Petition for Removal of this action to the United States District Court for the Northern District of Ohio, Eastern Division, pursuant to the provisions of 28 U.S.C. §§ 1331, 1332, 1441(a)-(c). A true and correct copy of the Petition for Removal is attached hereto as Exhibit A.

You are further advised that Defendant, upon filing said Petition for Removal in the Office of the Clerk of the United States District Court for the Northern District of Ohio, Eastern Division, also filed and served this notice to effectuate removal pursuant to 28. U.S.C. § 1446(d).

Dated: February 18, 2010

        Respectfully submitted,

        /s/ Josephine S. Noble
        Barton A. Bixenstine (#0034130)
        Josephine S. Noble (#0078410)
        Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
        127 Public Square
        4130 Key Tower
        Cleveland, OH 44114
        Ph: 216.241.6100
        Fax: 216.357.4733
        Email:
        Bart.Bixenstine@OgletreeDeakins.com
        Josephine.Noble@OgletreeDeakins.com

        *Attorneys for Defendant*
        *University Hospitals of Cleveland d/b/a*
        *University Hospitals Case Medical Center*

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of February 2010 a true and correct copy of this *Notice of Filing of Petition for Removal* was served via First Class U.S. mail, postage pre-paid upon the following:

Gregory A. Gordillo
1370 Ontario St.
2000 Standard Building
Cleveland, OH 44113
Ph: 216-875-5500

*Attorney for Plaintiff*


Josephine S. Noble (#0078410)
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
127 Public Square
4130 Key Tower
Cleveland, OH 44114
Ph: 216.241.6100
Fax: 216.357.4733
Email:
Josephine.Noble@OgletreeDeakins.com

*One of the Attorneys for Defendant
University Hospitals of Cleveland d/b/a
University Hospitals Case Medical Center*