| | | | |
|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender, and disabilities?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=40)<br>60.0% | 3.69 (n=1062)<br>73.8% | 3.67 (n=1214)<br>73.4% |
| Resident accepts responsibility?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=40)<br>60.0% | 3.72 (n=1366)<br>74.4% | 3.70 (n=1225)<br>74.0% |
| Resident writes comprehensive, legible, and timely in the medical record?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=40)<br>60.0% | 3.63 (n=1039)<br>72.6% | 3.61 (n=1184)<br>72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=40)<br>60.0% | 3.68 (n=1055)<br>73.6% | 3.66 (n=1205)<br>73.2% |

## Comments

| | |
|---|---|
| Evaluation Comments: | good job I did not verbally discuss this evaluation with the resident face-to-face Signed - Dr. Rachel Parks |
| Resident Acknowledgement: | thank you  I acknowledge receipt of this evaluation. - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation Signed - Dr. Sarah Aronson |
| Evaluator Acknowledgement: | Comments Not Available |
| Program Director Comments: | Comments Not Available |

Evaluation Completed: 2/21/2008
Evaluation Period: 12/13/2007 through 12/13/2007

Attending Physician: Kathleen Cho

## Interpersonal and Communication Skills - Category Summary (3.00, 60.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=38)<br>64.6% | 3.71 (n=1065)<br>74.2% | 3.68 (n=1210)<br>73.6% |
| Works effectively with others as a member or leader of a health care team?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=38)<br>64.6% | 3.70 (n=1065)<br>74.0% | 3.68 (n=1219)<br>73.6% |

## Medical Knowledge - Category Summary (3.00, 60.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1215)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.15 (n=39)<br>63.0% | 3.58 (n=1059)<br>71.6% | 3.55 (n=1212)<br>71.0% |
| Resident's medical knowledge in this rotation specialty?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

Patient Care - Category Summary (3.00, 60.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre-op H & P with Documentation?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.62 (n=1040)<br>72.4% | 3.59 (n=1195)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.63 (n=1058)<br>72.6% | 3.60 (n=1204)<br>72.0% |
| Performs technical tasks as expected?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.21 (n=39)<br>64.2% | 3.61 (n=1063)<br>72.2% | 3.59 (n=1215)<br>71.8% |
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? (e.g., Regional Anesthesia, A-line, Central Lines, TEE, F O B )<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.58 (n=868)<br>71.6% | 3.56 (n=983)<br>71.2% |

Professionalism - Category Summary (3.00, 60.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender, and disabilities?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.69 (n=1062)<br>73.8% | 3.67 (n=1214)<br>73.4% |
| Resident accepts responsibility?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.72 (n=1049)<br>74.4% | 3.70 (n=1220)<br>74.0% |
| Resident writes comprehensive, legible, and timely in the medical record?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.63 (n=1030)<br>72.6% | 3.61 (n=1184)<br>72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.68 (n=1055)<br>73.6% | 3.66 (n=1208)<br>73.2% |

## Comments

| | |
|---|---|
| Evaluation Comments: | Needs to work on clinical decision making. I did not verbally discuss this evaluation with the resident face-to-face. Signed - Dr. Kathleen Cho |
| Resident Acknowledgement: | thanks ?. I acknowledge receipt of this evaluation - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation. Signed - Dr. Sarah Aronson |
| Evaluator Acknowledgement: | Comments Not Available |
| Program Director Comments: | Comments Not Available |

Evaluation Completed: **12/19/2007**                              Attending Physician: **Jeffrey Grass**
Evaluation Period: **12/14/2007 through 12/14/2007**

## Interpersonal and Communication Skills - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 4.14 (n=70)<br>82.8% | 3.71 (n=1065)<br>74.2% | 3.68 (n=1219)<br>73.6% |
| Works effectively with others as a member or leader of a health care team?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 4.34 (n=76)<br>86.8% | 3.70 (n=1065)<br>74.0% | 3.68 (n=1215)<br>73.6% |

## Medical Knowledge - Category Summary (3.75, 75.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>*Scale of 1-5 (See Bottom)* | **4.00**<br>**80.0%**<br>Performance above expected for level of training | 3.46 (n=79)<br>69.2% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1215)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>*Scale of 1-5 (See Bottom)* | **4.00**<br>**80.0%**<br>Performance above expected for level of training | 3.47 (n=79)<br>69.4% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>*Scale of 1-5 (See Bottom)* | **4.00**<br>**80.0%**<br>Performance above expected for level of training | 3.53 (n=79)<br>70.6% | 3.58 (n=1058)<br>71.6% | 3.55 (n=1212)<br>71.0% |
| Resident's medical knowledge in this rotation specialty?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.47 (n=79)<br>69.4% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

## Patient Care - Category Summary (3.25, 65.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre-op H & P with Documentation?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.75 (n=79)<br>75.0% | 3.62 (n=1049)<br>72.4% | 3.59 (n=1195)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.67 (n=79)<br>73.4% | 3.63 (n=1058)<br>72.6% | 3.60 (n=1204)<br>72.0% |
| Performs technical tasks as expected?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.86 (n=78)<br>77.2% | 3.61 (n=1063)<br>72.2% | 3.59 (n=1215)<br>71.8% |
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? (e.g., Regional Anesthesia, A-line, Central Lines, TEE, F.O.B.)<br><br>*Scale of 1-5 (See Bottom)* | **4.00**<br>**80.0%**<br>Performance above expected for level of training | 3.57 (n=79)<br>71.4% | 3.58 (n=868)<br>71.6% | 3.56 (n=983)<br>71.2% |

## Professionalism - Category Summary (3.75, 75.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender and disabilities?<br><br>**Scale of 1-5 (See Bottom)** | 5.00<br>100.0%<br>Performance exceptional, in top 5-10% of class | 4.34 (n=79)<br>86.8% | 3.69 (n=1062)<br>73.8% | 3.67 (n=1214)<br>73.4% |
| Resident accepts responsibility?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 4.46 (n=79)<br>89.2% | 3.72 (n=1066)<br>74.4% | 3.70 (n=1220)<br>74.0% |
| Resident writes comprehensive, legible, and timely in the medical record?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.81 (n=79)<br>76.2% | 3.63 (n=1036)<br>72.6% | 3.61 (n=1184)<br>72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>**Scale of 1-5 (See Bottom)** | 4.00<br>80.0%<br>Performance above expected for level of training | 4.37 (n=79)<br>87.4% | 3.68 (n=1055)<br>73.6% | 3.66 (n=1205)<br>73.2% |

## Comments

| | |
|---|---|
| Evaluation Comments: | Concentrate on the basics. Be prepared for cases with extra IV bags, a-line ready to go, DL ETT set up, etc. Continue to read. *I did not verbally discuss this evaluation with the resident face-to-face.* Signed - Dr. Jeffrey Grass |
| Resident Acknowledgement: | thanks - interesting/busy day. *I acknowledge receipt of this evaluation - The attending DID NOT verbally discuss this evaluation with me face-to-face. through out the rotation.* Signed - Dr. Sarah Aronson |
| Evaluator Acknowledgement: | Comments Not Available |
| Program Director Comments: | Comments Not Available |

Evaluation Completed: 1/12/2008
Evaluation Period: 12/14/2007 through 12/15/2007

Attending Physician: Peter Matgouranis

## Interpersonal and Communication Skills - Category Summary (3.00, 60.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 4.34 (n=79)<br>86.8% | 3.71 (n=1065)<br>74.2% | 3.68 (n=1219)<br>73.6% |
| Works effectively with others as a | 3.00<br>60.0% | 4.28 (n=53)<br>85.6% | 3.70 (n=1085)<br>74.0% | 3.68 (n=1219)<br>73.6% |

| member or leader of a health care team? | Performance appropriate for level of training | | | |
|---|---|---|---|---|
| *Scale of 1-5 (See Bottom)* | | | | |

**Medical Knowledge - Category Summary (3.00, 60.0%)**

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.77 (n=53)<br>75.4% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1215)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.77 (n=53)<br>75.4% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.74 (n=53)<br>74.8% | 3.58 (n=1060)<br>71.6% | 3.55 (n=1213)<br>71.0% |
| Residents medical knowledge in this rotation specialty?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.83 (n=53)<br>76.6% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

**Patient Care - Category Summary (3.25, 65.0%)**

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre-op H & P with Documentation?<br><br>*Scale of 1-5 (See Bottom)* | 4.00<br>80.0%<br>Performance above expected for level of training | 3.92 (n=53)<br>78.4% | 3.62 (n=1049)<br>72.4% | 3.59 (n=1195)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 4.02 (n=53)<br>80.4% | 3.63 (n=1058)<br>72.6% | 3.60 (n=1204)<br>72.0% |
| Performs technical tasks as expected?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.98 (n=53)<br>79.6% | 3.61 (n=1063)<br>72.2% | 3.59 (n=1211)<br>71.8% |
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? (e.g., Regional Anesthesia, A-line, Central Lines, TEE, F.O.B.) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.79 (n=53)<br>75.8% | 3.58 (n=860)<br>71.6% | 3.56 (n=983)<br>71.2% |

| | | | |
|---|---|---|---|
| Scale of 1-5 (See Bottom) | | | |

## Professionalism - Category Summary (3.50, 70.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender and disabilities?<br><br>Scale of 1-5 (See Bottom) | 4.00<br>80.0%<br>Performance above expected for level of training | 4.25 (n=53)<br>85.0% | 3.69 (n=1062)<br>73.8% | 3.67 (n=1214)<br>73.4% |
| Resident accepts responsibility?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 4.28 (n=53)<br>85.6% | 3.72 (n=1068)<br>74.4% | 3.70 (n=1220)<br>74.0% |
| Resident writes comprehensive, legible and timely in the medical record?<br><br>Scale of 1-5 (See Bottom) | 4.00<br>80.0%<br>Performance above expected for level of training | 4.04 (n=53)<br>80.8% | 3.63 (n=1036)<br>72.6% | 3.61 (n=1184)<br>72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 4.31 (n=52)<br>86.2% | 3.68 (n=1056)<br>73.6% | 3.66 (n=1206)<br>73.2% |

## Comments

| Evaluation Comments | busy thoracic room. gained double lumens experiences. I did not verbally discuss this evaluation with the resident face-to-face Signed - Dr. Peter Matgourans |
|---|---|
| Resident Acknowledgement: | Thanks, always learn something practical and useful working with you. - I acknowledge receipt of this evaluation. - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation. Signed - Dr. Sarah Aronson |
| Evaluator Acknowledgement: | Comments Not Available |
| Program Director Comments: | Comments Not Available |

Evaluation Completed: 2/21/2008
Evaluation Period: 12/17/2007 through 12/17/2007

Attending Physician: Kathleen Cho

## Interpersonal and Communication Skills - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills? | 3.00<br>60.0% | 3.23 (n=39)<br>64.6% | 3.71 (n=1068)<br>74.2% | 3.68 (n=1219)<br>73.6% |

| Scale of 1-5 (See Bottom) | Performance appropriate for level of training | | | |
|---|---|---|---|---|
| Works effectively with others as a member or leader of a health care team?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.70 (n=1065)<br>74.0% | 3.66 (n=1215)<br>73.6% |

## Medical Knowledge - Category Summary (3.00, 60.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1215)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.15 (n=39)<br>63.0% | 3.58 (n=1049)<br>71.6% | 3.55 (n=1212)<br>71.0% |
| Resident's medical knowledge in this rotation specialty?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

## Patient Care - Category Summary (3.00, 60.0%)

| Question: | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre co H & P with Documentation?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.62 (n=1049)<br>72.4% | 3.59 (n=1195)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.23 (n=39)<br>64.6% | 3.63 (n=1058)<br>72.6% | 3.60 (n=1204)<br>72.0% |
| Performs technical tasks as expected?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.21 (n=39)<br>64.2% | 3.61 (n=1063)<br>72.2% | 3.59 (n=1215)<br>71.8% |

| | | | | |
|---|---|---|---|---|
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? (e.g., Regional Anesthesia, A-line, Central Lines, TEE, F.O.B.)<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.58 (n=768)<br>71.6% | 3.56 (n=943)<br>71.2% |

## Professionalism - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender, and disabilities?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.69 (n=1002)<br>73.8% | 3.67 (n=1214)<br>73.4% |
| Resident accepts responsibility?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.72 (n=1006)<br>74.4% | 3.70 (n=1220)<br>74.0% |
| Resident writes comprehensive, legible and timely in the medical record?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.63 (n=1019)<br>72.6% | 3.61 (n=1184)<br>72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>**Performance appropriate for level of training** | 3.23 (n=39)<br>64.6% | 3.68 (n=1056)<br>73.6% | 3.66 (n=1206)<br>73.2% |

## Comments

| | |
|---|---|
| Evaluation Comments | See other comments. I did not verbally discuss this evaluation with the resident face-to-face. Signed - Dr. Kathleen Cho |
| Resident Acknowledgement | thank you. I acknowledge receipt of this evaluation - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation. Signed - Dr. Sarah Aronson |
| Evaluator Acknowledgement | Comments Not Available |
| Program Director Comments | Comments Not Available |

Evaluation Completed: 2/21/2008
Evaluation Period: 12/18/2007 through 12/18/2007

Attending Physician  **Rachel Parks**

## Interpersonal and Communication Skills - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.02 (n=49)<br>60.4% | 3.71 (n=1055)<br>74.2% | 3.68 (n=1219)<br>73.6% |
| Works effectively with others as a member or leader of a health care team?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.02 (n=49)<br>60.4% | 3.70 (n=1055)<br>74.0% | 3.68 (n=1219)<br>73.6% |

Medical Knowledge - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.02 (n=49)<br>60.4% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1215)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.02 (n=49)<br>60.4% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.00 (n=49)<br>60.0% | 3.58 (n=1059)<br>71.6% | 3.55 (n=1212)<br>71.0% |
| Resident's medical knowledge in this rotation specialty?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.00 (n=49)<br>60.0% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

Patient Care - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre-op H & P with Documentation?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.02 (n=49)<br>60.4% | 3.62 (n=1049)<br>72.4% | 3.59 (n=1296)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of training | 3.02 (n=49)<br>60.4% | 3.63 (n=1056)<br>72.6% | 3.60 (n=1204)<br>72.0% |
| Performs technical tasks as expected?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>Performance appropriate for level of | 3.02 (n=49)<br>60.4% | 3.61 (n=1063)<br>72.2% | 3.59 (n=1215)<br>71.8% |

| | training | | | |
|---|---|---|---|---|
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? i.e.g Regional Anesthesia, A-line, Central Lines, TEE, P.O.B.)<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=44)<br>60.0% | 3.58 (n=658)<br>71.6% | 3.56 (n=683)<br>71.2% |

## Professionalism - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender, and disability?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=44)<br>60.0% | 3.69 (n=1065)<br>73.8% | 3.67 (n=1214)<br>73.4% |
| Resident accepts responsibility?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=46)<br>60.0% | 3.72 (n=1066)<br>74.4% | 3.70 (n=1220)<br>74.0% |
| Resident writes comprehensive, legible, and timely in the medical record?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=46)<br>60.0% | 3.63 (n=1036)<br>72.6% | 3.61 (n=1164)<br>72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>**Scale of 1-5 (See Bottom)** | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=46)<br>60.0% | 3.68 (n=1056)<br>73.6% | 3.66 (n=1206)<br>73.2% |

## Comments

| Evaluation Comments | no comment I did not verbally discuss this evaluation with the resident face-to-face. Signed - Dr. Rachel Parks |
|---|---|
| Resident Acknowledgement | thanks. I acknowledge receipt of this evaluation - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation Signed - Dr. Sarah Aronson |
| Evaluator Acknowledgement | Comments Not Available |
| Program Director Comments: | Comments Not Available |

Evaluation Completed: 1/12/2008
Evaluation Period 12/19/2007 through 12/19/2007

Attending Physician   Peter Matgouranis

Interpersonal and Communication Skills - Category Summary (3.00, 60.0%)

| | | | | |
|---|---|---|---|---|
| | | | | |

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 4.34 (n=53)<br>86.8% | 3.71 (n=1065)<br>74.2% | 3.68 (n=1216)<br>73.6% |
| Works effectively with others as a member or leader of a health care team?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 4.28 (n=53)<br>85.6% | 3.70 (n=1065)<br>74.0% | 3.68 (n=1216)<br>73.6% |

## Medical Knowledge - Category Summary (3.25, 65.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>*Scale of 1-5 (See Bottom)* | **4.00**<br>**80.0%**<br>**Performance above expected for level of training** | 3.77 (n=53)<br>75.4% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1215)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.77 (n=53)<br>75.4% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.74 (n=53)<br>74.8% | 3.58 (n=1059)<br>71.6% | 3.55 (n=1212)<br>71.0% |
| Residents medical knowledge in this rotation specialty?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.83 (n=53)<br>76.6% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

## Patient Care - Category Summary (3.25, 65.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre-op H & P with Documentation?<br><br>*Scale of 1-5 (See Bottom)* | **4.00**<br>**80.0%**<br>**Performance above expected for level of training** | 3.92 (n=53)<br>78.4% | 3.62 (n=1049)<br>72.4% | 3.59 (n=1195)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan?<br><br>*Scale of 1-5 (See Bottom)* | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 4.02 (n=53)<br>80.4% | 3.63 (n=1056)<br>72.6% | 3.60 (n=1204)<br>72.0% |
|  | **3.00** | 3.98 (n=53) | 3.61 (n=1053) | 3.59 (n=1215) |

| | | 79.4% | 72.2% | 71.8% |
|---|---|---|---|---|
| Performs technical tasks as expected?<br><br>*Scale of 1-5 (See Bottom)* | **60.0%** Performance appropriate for level of training | | | |
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? (e.g., Regional Anesthesia, A-line, Central Lines, TEE, F.O.B.)<br><br>*Scale of 1-5 (See Bottom)* | **3.00** 60.0% Performance appropriate for level of training | 3.79 (n=53) 75.8% | 3.58 (n=858) 71.6% | 3.56 (n=983) 71.2% |

**Professionalism - Category Summary (3.25, 65.0%)**

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender and disabilities?<br><br>*Scale of 1-5 (See Bottom)* | **3.00** 60.0% Performance appropriate for level of training | 4.25 (n=53) 85.0% | 3.69 (n=1062) 73.8% | 3.67 (n=1214) 73.4% |
| Resident accepts responsibility?<br><br>*Scale of 1-5 (See Bottom)* | **3.00** 60.0% Performance appropriate for level of training | 4.28 (n=53) 85.6% | 3.72 (n=1086) 74.4% | 3.70 (n=1229) 74.0% |
| Resident writes comprehensive, legible, and timely in the medical record?<br><br>*Scale of 1-5 (See Bottom)* | **3.00** 60.0% Performance appropriate for level of training | 4.04 (n=53) 80.8% | 3.63 (n=1030) 72.6% | 3.61 (n=1184) 72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>*Scale of 1-5 (See Bottom)* | **4.00** 80.0% Performance above expected for level of training | 4.31 (n=53) 86.2% | 3.68 (n=1065) 73.6% | 3.66 (n=1206) 73.2% |

**Comments**

| Evaluation Comments | busy call evening *I did not verbally discuss this evaluation with the resident face-to-face. Signed - Dr. Peter Malgouranis* |
|---|---|
| Resident Acknowledgement | Thanks -. *I acknowledge receipt of this evaluation - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation Signed - Dr. Sarah Aronson* |
| Evaluator Acknowledgement | Comments Not Available |
| Program Director Comments | Comments Not Available |

*Evaluation Completed: 12/27/2007*                              *Attending Physician: Carl Forrest*

*Evaluation Period: 12/25/2007 through 12/26/2007*

**Interpersonal and Communication Skills - Category Summary (3.00, 60.0%)**

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.28 (n=53)<br>65.6% | 3.71 (n=1065)<br>74.2% | 3.68 (n=1219)<br>73.6% |
| Works effectively with others as a member or leader of a health care team?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.02 (n=53)<br>60.4% | 3.70 (n=1065)<br>74.0% | 3.68 (n=1219)<br>73.6% |

**Medical Knowledge - Category Summary (3.00, 60.0%)**

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.06 (n=53)<br>61.2% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1216)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.02 (n=53)<br>60.4% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.02 (n=53)<br>60.4% | 3.58 (n=1256)<br>71.6% | 3.55 (n=1212)<br>71.0% |
| Resident's medical knowledge in this rotation specialty?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.00 (n=53)<br>60.0% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

**Patient Care - Category Summary (3.00, 60.0%)**

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre-op H & P with Documentation?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.13 (n=53)<br>62.6% | 3.62 (n=1049)<br>72.4% | 3.59 (n=1195)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan?<br><br>**Scale of 1-5 (See Bottom)** | **3.00**<br>**60.0%**<br>**Performance appropriate for level of training** | 3.00 (n=53)<br>61.8% | 3.63 (n=1056)<br>72.6% | 3.60 (n=1204)<br>72.0% |

| | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs technical tasks as expected?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.17 (n=53)<br>63.4% | 3.61 (n=1063)<br>72.2% | 3.59 (n=1215)<br>71.8% |
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? (e.g., Regional Anesthesia, A-line, Central Lines, TEE, F.O.B.)<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=53)<br>60.0% | 3.58 (n=858)<br>71.6% | 3.56 (n=983)<br>71.2% |

**Professionalism** - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender and disabilities?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=53)<br>60.0% | 3.69 (n=1062)<br>73.8% | 3.67 (n=1214)<br>73.4% |
| Resident accepts responsibility?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.17 (n=53)<br>63.4% | 3.72 (n=1066)<br>74.4% | 3.70 (n=1220)<br>74.0% |
| Resident writes comprehensive, legible, and timely in the medical record?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.15 (n=53)<br>63.0% | 3.63 (n=1039)<br>72.6% | 3.61 (n=1184)<br>72.2% |
| Resident demonstrates moral and ethical behavior?<br><br>Scale of 1-5 (See Bottom) | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.00 (n=53)<br>60.0% | 3.68 (n=1055)<br>73.6% | 3.66 (n=1205)<br>73.2% |

**Comments**

| | |
|---|---|
| Evaluation Comments: | Good job overall. Prioritizes well. Suggest trying to pick up the pace somewhat; also suggest continued reading in this subject area. *I did not verbally discuss this evaluation with the resident face-to-face.* Signed - Dr. Carl Forrest |
| Resident Acknowledgement | thank you - *I acknowledge receipt of this evaluation - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation* Signed - Dr. Sarah Aronson |
| Evaluator Acknowledgement: | Comments Not Available |
| Program Director Comments | Comments Not Available |

*Evaluation Completed* 12/28/2007
*Evaluation Period* 12/27/2007 through 12/27/2007

*Attending Physician:* Irving Hirsch

**Interpersonal and Communication Skills** - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Demonstrates effective interpersonal and communication skills?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.31 (n=32)<br>66.2% | 3.71 (n=1065)<br>74.2% | 3.68 (n=1219)<br>73.6% |
| Works effectively with others as a member or leader of a health care team?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.31 (n=32)<br>66.2% | 3.70 (n=1065)<br>74.0% | 3.68 (n=1219)<br>73.6% |

**Medical Knowledge** - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident's understanding of the pharmacology?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.31 (n=32)<br>66.2% | 3.56 (n=1062)<br>71.2% | 3.54 (n=1215)<br>70.8% |
| Resident's understanding of the patient's pathophysiology?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.31 (n=32)<br>66.2% | 3.57 (n=1060)<br>71.4% | 3.54 (n=1213)<br>70.8% |
| Resident's awareness of potential perioperative complications?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.31 (n=32)<br>66.2% | 3.58 (n=1059)<br>71.6% | 3.55 (n=1212)<br>71.0% |
| Resident's medical knowledge in this rotation specialty?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.31 (n=32)<br>66.2% | 3.56 (n=1060)<br>71.2% | 3.54 (n=1213)<br>70.8% |

**Patient Care** - Category Summary (3.00, 60.0%)

| Question | SAronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Performs adequate Pre-op H & P with Documentation?<br><br>*Scale of 1-5 (See Bottom)* | 3.00<br>60.0%<br>Performance appropriate for level of training | 3.31 (n=32)<br>66.2% | 3.62 (n=1049)<br>72.4% | 3.59 (n=1195)<br>71.8% |
| Generates and implements an acceptable Assessment and Plan? | 3.00<br>60.0%<br>Performance appropriate | 3.31 (n=32)<br>66.2% | 3.63 (n=1056)<br>72.6% | 3.60 (n=1204)<br>72.0% |

| | top level of training | | | |
|---|---|---|---|---|
| Scale of 1-5 (See Bottom) | | | | |
| Performs technical tasks as expected? | 3.00 60.0% Performance appropriate for level of training | 3.31 (n=32) 66.2% | 3.61 (n=1065) 72.2% | 3.59 (n=1215) 71.8% |
| Scale of 1-5 (See Bottom) | | | | |
| Resident demonstrated awareness of the indications, contraindications, complications, and anatomical considerations of invasive procedures? (e.g., Regional Anesthesia, A-line, Central Lines, TEE, F.O.B.) | N/A | 3.13 (n=8) 62.6% | 3.58 (n=888) 71.6% | 3.56 (n=963) 71.2% |
| Scale of 1-5 (See Bottom) | | | | |

Professionalism - Category Summary (3.00, 60.0%)

| Question | S.Aronson3 | Attending Avg | Group | Total |
|---|---|---|---|---|
| Resident demonstrates sensitivity and respect for patient's culture, age, gender, and disabilities? | 3.00 60.0% Performance appropriate for level of training | 3.31 (n=32) 66.2% | 3.69 (n=1067) 73.8% | 3.67 (n=1214) 73.4% |
| Scale of 1-5 (See Bottom) | | | | |
| Resident accepts responsibility? | 3.00 60.0% Performance appropriate for level of training | 3.31 (n=32) 66.2% | 3.72 (n=1068) 74.4% | 3.70 (n=1220) 74.0% |
| Scale of 1-5 (See Bottom) | | | | |
| Resident writes comprehensive, legible and timely in the medical record? | 3.00 60.0% Performance appropriate for level of training | 3.31 (n=32) 66.2% | 3.63 (n=1038) 72.6% | 3.61 (n=1184) 72.2% |
| Scale of 1-5 (See Bottom) | | | | |
| Resident demonstrates moral and ethical behavior? | 3.00 60.0% Performance appropriate for level of training | 3.31 (n=32) 66.2% | 3.68 (n=1055) 73.6% | 3.66 (n=1205) 73.2% |
| Scale of 1-5 (See Bottom) | | | | |

Comments

| Evaluation Comments | she seems tentative in her decision making and actions, thus not allowing me to have confidence in her abilities. I did not verbally discuss this evaluation with the resident face-to-face. Signed - Dr. Irving Hirsch |
|---|---|
| Resident Acknowledgement | thank you  wouldn't say I felt tentative clinically, mainly not sure initially where to find things I needed   I acknowledge receipt of this evaluation - The attending DID NOT verbally discuss this evaluation with me face-to-face, through out the rotation. Signed - Dr. Sarah Aronson |

# Resident Comments
# All Evaluations

UNIVERSITY HOSPITALS
HEALTH SYSTEM
University Hospitals of Cleveland
DEPARTMENT OF ANESTHESIOLOGY

## UHC - Department of Anesthesiology

*Report Date Range:* 02/22/2007 - 12/27/2007

| Print Report | Back to Menu |

Report Date/Time: 12/27/2007 6:31:43 PM

Comments

**Aronson, Sarah (PGY - 2)** *CA2*

David Dininny, Anesthesiology: tnemmoc on
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Elias Leonruiz, Anesthesiology: Good job!
**Resident Acknowledgement:** thank you!. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Donald Voltz, Anesthesiology: Nothing of note to report
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Irving Hirsch, Anesthesiology: god job despite a very difficlut surgeon.
**Resident Acknowledgement:** agree re: the surgeon. made more manageable by the anesthesia attending. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Raymond Graber, Anesthesiology: Good job.
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Rebecca Doubler, Anesthesiology: nice job on a busy OB call.
**Resident Acknowledgement:** thanks - enjoy working with you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Raymond Graber, Anesthesiology: Good job with her cases.
**Resident Acknowledgement:** thanks, enjoy working with Dr G. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Raymond Graber, Anesthesiology: Good job, again.
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Carl Forrest, Anesthesiology: Good job today. No problem areas noted. Suggest: continue to read.
**Resident Acknowledgement:** Thanks - always enjoy working with you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Rebecca Doubler, Anesthesiology: Good job on a mather call.
**Resident Acknowledgement:** thanks very much -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Girish Mulgaokar, Anesthesiology: good resident
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

**EXHIBIT  MM**

Peter Matgouranis, Anesthesiology: developing solid epidural skills
Resident Acknowledgement: Thanks - enjoy having the chance to work with you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Donald Voltz, Anesthesiology: adequate
Resident Acknowledgement: thank you. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Peter Adamek, Anesthesiology: good job
Resident Acknowledgement: Always learn something from a different angle with you - thanks -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Peter Adamek, Anesthesiology: good job
Resident Acknowledgement: thank you!. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Peter Matgouranis, Anesthesiology: handled cases appropriately
Resident Acknowledgement: thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Jeffrey Grass, Anesthesiology: Demonstrated good clinical skills and efficient patient care. Continue to read.
Resident Acknowledgement: thank you - appreciate opportunity to use different clinical strategies -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Adam Haas, Anesthesiology: super job on rough mac house night call
Resident Acknowledgement: Thanks very much. Strange night... I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Jeffrey Grass, Anesthesiology: Very comfortable and capable with OB. Continue to read.
Resident Acknowledgement: thank you - will do -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

David Dininny, Anesthesiology: tnemmoc on
Resident Acknowledgement: saicarg sohcum. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Elias Leonruíz, Anesthesiology: Learning very well
Resident Acknowledgement: thank you. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Elias Leonruíz, Anesthesiology: Very good and very pleasaant.
Resident Acknowledgement: Thank you for your confidence -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

sarah has great compassion for her patients and was a pleasure to work with
Resident Acknowledgement: Comments Not Available
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Peter Adamek, Anesthesiology: take care
Resident Acknowledgement: appreciate your teaching style -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Girish Mulgaokar, Anesthesiology: good resident
Resident Acknowledgement: thank you. I acknowledge receipt of this evaluation.

Resident Comments                                                                 Page 3 of 5

| |
|---|
| **Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Peter Adamek, Anesthesiology: i did not work with dr. aronson<br>**Resident Acknowledgement:** I think our case was cancelled so I helped out in the cardiac rooms for the morning -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Girish Mulgaokar, Anesthesiology: good resident<br>**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Matthew Norcia, Anesthesiology: progessing as expected since the last tie I worked with Dr Aronson<br>**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Raymond Graber, Anesthsiology: Good day.<br>**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Adam Haas, Anesthesiology: fine job<br>**Resident Acknowledgement:** thanks, always enjoy working with you -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| great job...<br>**Resident Acknowledgement:** Comments Not Available<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Donald Voltz, Anesthesiology: doing well<br>**Resident Acknowledgement:** I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Matthew Norcia, Anesthesiology: Solid work today<br>**Resident Acknowledgement:** thanks -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| James Rowbottom, Anesthesiology: keep working and reading - definite growth and solid work<br>**Resident Acknowledgement:** thanks, always enjoy working with you -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Peter Matgouranis, Anesthesiology: straight forward call<br>**Resident Acknowledgement:** Thanks, enjoy working with you. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| David Dininny, Anesthesiology: tnemmoc on<br>**Resident Acknowledgement:** thanks for dinner!. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Salim Hayek, Pain Management: See other eval comments<br>**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Salim Hayek, Pain Management: Dr.Aronson is not as aggressive or rapidly responsive as the average Anesthesiology resident in our department.<br>**Resident Acknowledgement:** Thank you - I will clarify with Dr Hayek - I'd like to better understand his comments -. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |

Kathleen Cho, Anesthesiology: There are things in your performance that need a some work. One, is preparedness for the cases -- ie, getting a line ready, thinking ahead of what additional drugs & equipment you might need and getting them to the room (sheath for sonosite). Also, I felt that you should be more viligant toward your patient. While you were mentoring him, your CA1 partner gave a "maintenance" bolus of 2mg of dilaudid when it was not clinically indicated at all. Multiple times, I passed by the OR and you were in the corner of the OR on the telephone, without any view of the patient or your CA1 trainee. Neither of the cases (a carotid and a fem bypass) were manageable by the CA1 alone. I felt that rather than these being your cases (and clearly the level of the case dictates your level of training rather than a CA1), you were blase toward patient management and let your CA1 do whatever he thought was appropriate.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Medical Knowledge:** See below

**Resident Acknowledgement:** thank you for your comments -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology: Improved OR performance compared to last time I worked with Sarah
**Resident Acknowledgement:** thanks, always a pleasure -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology: appears more fluent and organized in the OR compared to previous experiences, in some tenser situations needs to speed up a bit
**Resident Acknowledgement:** working on that - thanks -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology: continues to appear more fluid in the OR setting during routine cases, needs to move alittle faster during some of the more hurried times
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Adam Haas, Anesthesiology: fine job
**Resident Acknowledgement:** thanks very much. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Sheryl Modlin, Anesthesiology: good day
**Resident Acknowledgement:** Thank you - good learning experience. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Anjali Adur, Anesthesiology: good job
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

James Rowbottom, Anesthesiology: good job, keep up the hard work
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

David Dininny, Anesthesiology: tnemmoc on
**Resident Acknowledgement:** always enjoy working with you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Elias Leonruiz, Anesthesiology: Very nice job!
**Resident Acknowledgement:** muchas gracias -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Lora Levin, Anesthesiology: Sarah did a really good job on call on Sunday. She worked incredibly hard and was able to work pretty independently when I had complex cases with the CA-1. Thorough patient care with good attention to details. Called for help and recognized potential problems appropriately.
**Resident Acknowledgement:** Busy day, learned lots, Dr. Levin is an good role model for prioritizing/multi-tasking while maintaining a diplomatic and professional demeanor -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available

**Confidential Comments:** Comments visible to program director only
**Program Director Comments:** Comments Not Available

Lisa Hacker, Anesthesiology: I got the impression she does not quite understand some of the severity of complications in the ICU. For example, a patient who was diabetic and admitted after a left hemicolectomy due to an ischemic gut was left hyperglycemic for over 12 hours. This was not just her responsibility alone. I expect the nureses to come to the residents about these problems, but ultimately it is the physicians responsibility. We are a Surgical ICU, we need to optimize wound healing. Another example is a patient who was hyotensive secondary to bleeding, HCT turned out to be 17, taken back to the OR at night. The attending needs to be made aware of these issues.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Interpersonal and Communication Skills:** Many of her co residents complained that she did not carry her own weight and had to be told repeatedly to complete tasks. In a couple instances, even though she was given numerous chances, I was told she was too busy handling personal business and the other residents completed the work.
**Explanation for a score of 2 out of 5 for the Patient Care:** At at the level of a CA-2 1/2 at performing technical tasks. Struggled with a-lines, seemed very unfamiliar with placing an introducer.

**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Confidential Comments:** Comments visible to program director only
**Program Director Comments:** Comments Not Available

Tracy Bartone, Anesthesiology: came in to do extra night of call to help intern, great, has a tendency to loose sight of the big picture
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Adamek, Anesthesiology: good job
**Resident Acknowledgement:** thank you thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology: Concentrate on the basics. Be prepared for cases with extra IV bags, a-line ready to go, DL ETT set up, etc. Continue to read.
**Resident Acknowledgement:** thanks - interesting/busy day. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Carl Forrest, Anesthesiology: Good job overall. Prioritizes well. Suggest: trying to pick up the pace somewhat; also suggest continued reading in this subject area.
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

**Optional Confidential Comments**

**Aronson, Sarah (PGY - 2)**

Lora Levin, Anesthesiology: I was really pleasantly suprised by how well Sarah worked on call. Still has a slower reaction than others, but provided excellent patient care.

Lisa Hacker, Anesthesiology: I've worked with interns that do a better job in the ICU. She seems to have a very difficult time completeing her thoughts. Technically, she did not know which kit was a Cordis kit or the components used withlin. She also needed to be told the sequence of events step by step to do the line. Ulitmately, she was not able to cannulate the vein....but that was the least of my worries. Also, she was very unfamiliar with the PA waveforms.

This document contains confidential peer review information to be used in the assessment of the quality of the delivery of healthcare. This document and the information in it are confidential and should not be distributed outside the relevant review committees.

A confidential report prepared for UHC - Department of Anesthesiology. Copyright © 1998-2007 MyEvaluations.com

Resident Comments                                                    Page 1 of 30

# Resident Comments
# All Evaluations

**UNIVERSITY HOSPITALS**
**HEALTH SYSTEM**
University Hospitals of Cleveland
DEPARTMENT OF ANESTHESIOLOGY

## UHC - Department of Anesthesiology

| Print Report | Back to Menu |

*Report Date Range: 03/01/2006 - 06/03/2009*

Report Date/Time: 6/3/2009 9:20:42 AM

| Comments |
|---|
| **Aronson, Sarah  (PGY - 3)** |
| Peter Adamek, Anesthesiology - General: good job<br>**Resident Acknowledgement:** I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| doing well for off track resident. Needs to pay attention to eyes during induction to prevent corneal abrasions. Performs a very thourough preop eval that puts patients at ease but could delay turnover time during busy day.<br>**Resident Acknowledgement:** Comments Not Available<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| David Dininny, Anesthesiology - General: tnemmoc on<br>**Resident Acknowledgement:** I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| it will come<br>**Resident Acknowledgement:** Comments Not Available<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Evan Goodman, Anesthesiology - General: Good job with the intubations today.<br>**Resident Acknowledgement:** Thank you - SCA. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Peter Adamek, Anesthesiology - General: good job<br>**Resident Acknowledgement:** Thank you for your confidence. SCA. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| no issues.<br>**Resident Acknowledgement:** Comments Not Available<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Adam Haas, Anesthesiology - General: Fine job doing cataracts at mentor<br>**Resident Acknowledgement:** Thank you - hope to work with you again soon - SCA. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Good to work with<br>**Resident Acknowledgement:** Comments Not Available<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| No major issues, works well with the team.<br>**Resident Acknowledgement:** Comments Not Available<br>**Evaluator Acknowledgement:** Comments Not Available<br>**Program Director Comments:** Comments Not Available |
| Subhalakshmi Sivashankaran, Anesthesiology - General: good to work with.<br>**Resident Acknowledgement:** Thank you - SCA. I acknowledge receipt of this evaluation.<br>**Evaluator Acknowledgement:** Comments Not Available |

**EXHIBIT  NN**

Resident Comments

**Program Director Comments:** Comments Not Available

It was nice working with Sarah
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Michelle Capdeville, Anesthesiology - General: Very thorough. Nice job with airway management. Works well with OR team. Kind to patients and family members.
**Resident Acknowledgement:** Thank you - I appreciate your teaching style. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

great day
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Annemarie Norenberg, Anesthesiology - General: no comments
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Victoria Eskinazi, Anesthesiology - General: Sarah is still very new and very tentative in everything she does . She is slow in placing monitors, reaction times, recognition of problems etc. even on pre-op evals. Difficult to assess so early in the game!
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

no issues.
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Rebecca Doubler, Anesthesiology - General: Keep working on the intubations -- it will come with time. Keep reading about anesthesia. Nice job though for being so new!!
**Resident Acknowledgement:** Thank you - SCA. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Evan Goodman, Anesthesiology - General: Excellent job helping us care for the patient.
**Resident Acknowledgement:** Thank youl. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Still learning, so still needs an open mind.
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

keep plugging. It's a little more fast paced than your other experience but you'll pick it up, keep putting in the effort
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Victoria Eskinazi, Anesthesiology - General: Too early to comment- Sarah is still very new and tentative in the OR, pre-op etc.
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Michelle Capdeville, Anesthesiology - General: Excellent. Very attentive to detail. Great job with one lung ventilation case at this early stage. A pleasure to work with.
**Resident Acknowledgement:** Thank you - SCA. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Scott Falk, Anesthesiology - General: nice job with intubation. Needs to work on the "flow" of starting a case although today was a little off because of a scheduling mishap.
**Resident Acknowledgement:** Thank you - I appreciate your teaching style. I acknowledge receipt of this evaluation.

Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Subhalakshmi Sivashankaran, Anesthesiology - General: good to work with
Resident Acknowledgement: Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

good job
Resident Acknowledgement: Comments Not Available
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

No comment
Resident Acknowledgement: Comments Not Available
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Kathleen Cho, Anesthesiology - General: Asks pertinent questions, demonstrates a willingness to learn. Continue practicing
technical aspects such as IV placement and intubation.
Resident Acknowledgement: Thank you - SCA. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Girish Mulgaokar, Anesthesiology - General: learning well
Resident Acknowledgement: I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Matthew Norcia, Anesthesiology - General: First time I worked with her, she appears comfotable in the OR
Resident Acknowledgement: Thank you - I like your teaching style. SCA. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Girish Mulgaokar, Anesthesiology - General: laerning well
Resident Acknowledgement: I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Matthew Norcia, Anesthesiology - General: continues to advance
Resident Acknowledgement: I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

a pleasure
Resident Acknowledgement: Comments Not Available
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

good job...
Resident Acknowledgement: Comments Not Available
Evaluator Acknowledgement: Comments Not Available
Confidential Comments: Comments visible to program director only
Program Director Comments: Comments Not Available

Elias Leonruiz, Anesthesiology - General: Sometimes is difficult to become a resident after being an attending for a while.
And sometimes is difficult to know how much to instruct to a new resident/old attending. the instructing attending may prefer
to overdo with instructions rather than to miss one. Dr. Aronson should understand these problems and accept what
ocassionally may appear to her as too basic an instruction.
Resident Acknowledgement: Thank you, I agree, it can be a difficult balance to find. I acknowledge receipt of this
evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Susan Dumas, Anesthesiology - General: Still beginning but eager to learn. Needs close supervision
Resident Acknowledgement: Thank you. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Peter Adamek, Anesthesiology - General: good job

Resident Comments

---

**Resident Acknowledgement:** Thanks -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

good job
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Peter Adamek, Anesthesiology - General: good job
**Resident Acknowledgement:** Learned a lot - thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Peter Adamek, Anesthesiology - General: good job
**Resident Acknowledgement:** Thank you - I appreciate your teaching (both in style and content) -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Irving Hirsch, Anesthesiology - General: did well with airway management, is working on the ability to anticipate things in the OR. making good progress
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Kathleen Cho, Anesthesiology - General: Good job on intubations today. Continue to improve on developing an anesthetic plan & backing up your choices. Also, continue to try to be more efficient with time in the OR & jump in to do things like putting in og tubes, putting on the bair hugger, tucking/padding patient's arms, etc. Thanks for your help today.
**Resident Acknowledgement:** Thanks. That's my main goal currently, efficient task execution AND thinking clinically at the same time, gets a little easier each day - always good to work with you. SCA. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Still learning techniques
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Carl Forrest, Anesthesiology - General: Working on basic routine. Suggest continued reading in preparation for each day.
**Resident Acknowledgement:** Thanks, enjoyed working with you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Elias Leonruiz, Anesthesiology - General: Adequate for level of anesthesia training.
**Resident Acknowledgement:** Thank you - SCA. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Did very well today. taught me a thing or two about the new machines.
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Peter Adamek, Anesthesiology - General: good job
**Resident Acknowledgement:** Still learning lots - enjoy working with you too - SCA. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

only worked with her in one case and did not communicate much.
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Confidential Comments:** Comments visible to program director only
**Program Director Comments:** Comments Not Available

---

Michelle Capdeville, Anesthesiology - General: Learns quickly. Not surprising in view of extensive medical background. Very helpful throughout case and very attentive to detail. Will be ready for cardiac month sooner than most CA-1s.
**Resident Acknowledgement:** Thanks for the advance experience. I'm looking forward to it. I acknowledge receipt of this evaluation.

---

Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Elias Leonruiz, Anesthesiology - General: Demonstrates maturity in her actions. Curiously, one of her fellow residents commented about her: "She does not talk to other residents."
Resident Acknowledgement: Not sure what to make of that comment. I have gotten to know some of the senior residents better than most of the CA-1s because I've been teamed with them in the OR. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Helmut Cascorbi, Anesthesiology - General: She is hard to read. discussed ECT management before the cases and then asked her to wait for me.When I came out of my office I could not find her (or page her her , no number on my pager list.) She finally joint me in the ECT unit and explained that she had been in the SIM lab.
Resident Acknowledgement: My apologies for being out of sight. I should have stayed closer to the hallway so as not to miss you. ECT was challenging in surprising ways, as was neuroangio, though for very different reasons. I appreciated the experience. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

good work
Resident Acknowledgement: Comments Not Available
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Peter Matgouranis, Anesthesiology - General: Did a solid job with independence when I was attending to an emergency in another case...
Resident Acknowledgement: Thank you - I learned a lot even though it was a shortened day -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

needs to be more attentive
Resident Acknowledgement: Comments Not Available
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Elias Leonruiz, Anesthesiology - General: OK for her level
Resident Acknowledgement: Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Tracy Bartone, Anesthesiology - General: no comment

Additional Comments:

Resident Acknowledgement: I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Matthew Norcia, Anesthesiology - General: Doing well
Resident Acknowledgement: Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

James Rowbottom, Anesthesiology - General: good job
Resident Acknowledgement: Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Matthew Norcia, Anesthesiology - General: Dr Aronson seemed to make a smooth transition into bedside medical care in the SICU
Resident Acknowledgement: Thank you - I enjoyed the month, learned a lot - as always, appreciate your teaching style -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Scott Falk, Anesthesiology - General: She really cares about patients. Excellent knowledge of neuropharmacology
Resident Acknowledgement: Thank you - I'm glad I've had the chance to work with you before you move on. I acknowledge receipt of this evaluation.

Resident Comments                                                                              Page 6 of 30

Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Matthew Norcia, Anesthesiology - General: able to give a different perspective and insight to behavior of critically ill patients
Resident Acknowledgement: Thanks -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

James Rowbottom, Anesthesiology - General: good job
Resident Acknowledgement: Thank youl. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Howard Nearman, Anesthesiology - General: Sarah performed quite well- I was pleasantly surprised how organized she was
and how much basic knowledge she had coming out of a speciality not known for its expertise in pathophysiology or critical
care. She is certainly ahead of where the majority of our "cognitive" speciality transfers are at this stage!
Resident Acknowledgement: Thank you (though I was a "real" doctor not too long ago) - I am continuing to re-learn many
things and learn a great many new things as well. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Matthew Norcia, Anesthesiology - General: I did not work with this resident on this day
Resident Acknowledgement: agree -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Matthew Norcia, Anesthesiology - General: Appears more settled in
Resident Acknowledgement: Thank you, I feel more settled -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

James Rowbottom, Anesthesiology - General: good job
Resident Acknowledgement: Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Rebecca Doubler, Anesthesiology - General: Good job. Fast learner. Pleasure to work with.
Resident Acknowledgement: Thank you. You move fast, so I'm glad I'm a fast learner. You have a good energy for
teaching. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Donald Voltz, Anesthesiology - General: Do to or staffing issues, today was a day where I worked with Sarah (alone in a
room) while I covered two additional rooms. this was not entirely fair for Sarah, however, I think she did a great job with
some vascular access cases.
Resident Acknowledgement: Manages to teach despite business. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Raymond Graber, Anesthesiology - General: Did a god job.
Resident Acknowledgement: Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Carl Forrest, Anesthesiology - General: Good intubation skills. Kept chart up to date. Still learning routine in OR. Suggest:
continue to read.
Resident Acknowledgement: Thank you - I'm always learning something when I work with you. I acknowledge receipt of
this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Douglas Graham, Anesthesiology - General: doing well. understands the physiology well. i would encourage the resident to
try to limit PACU signout to less than 5 minutes... this will help with efficiency of turnover times (most places aim for a
turnover time of 20 minutes.)
Resident Acknowledgement: Thanks - will work on that (-I appreciate that kind of specific info. I want to work on my
efficiency, and it helps to know where I should be faster). I acknowledge receipt of this evaluation.
Evaluator Acknowledgement: Comments Not Available
Program Director Comments: Comments Not Available

Donald Voltz, Anesthesiology - General: Does a complete job with pre-op evaluations, and likes to think about a number of

potential scenarios. I appreciate her willingness to make a plan and has some desire to try new things, something that needs to be encouraged in other residents
**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

She performs better than most in her class.
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Victoria Eskinazi, Anesthesiology - General: Sarah is coming along fine -she still needs prompting to do things in a timely fashion and to anticipate ahead.
**Resident Acknowledgement:** Thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Subhalakshmi Sivashankaran, Anesthesiology - General: Well prepared. It was a good day.
**Resident Acknowledgement:** Pleasure to work with and learn from - teaches very well, has a lot of knowledge to share. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Victoria Eskinazi, Anesthesiology - General: Very good critical thinking ability but needs to work on her sense of urgency
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Barbara Dabb, Anesthesiology - General: This was the first day of the rotation and I also do not know this resident. She did not do the work ups and I fromed the plans and explained ton her what we would do as she was unfamiliar with the cases. I did remind her to make a post op visit which I do not think she did as I saw no note

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Patient Care:** She placed an a line w/ some slight assistance but when I asked her to stat a second IV intra-op she ignored an easy vein twice and place the IV in a tortuous vein and of couse the IV did not last. She could not give a reasonable explanation for this.
**Explanation for a score of 2 out of 5 for the Professionalism:** *No comments provided*

**Resident Acknowledgement:** I made post-op rounds later in the evening on post-op day 1, I think probably 15 or 20 mins after Dr Dabb came through judging by the time of her chart note. We debated the IV issue at the time. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Lisa Hacker, Anesthesiology - General: Needs to be much more efficient. Pre-op not done even after a long delay between cases. Her interaction with the patient was great but if it is documented it doesn't really help, especially if the info obtained can't be recalled. Labs I felt were important to the case were not considered (HCT in a bleeding patient). I would have discussed these things after the 2nd case but she left without talking to me.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Medical Knowledge:** Immediately reached for metoprolol to give to a patient who was tachycardic after induction who was brought to the OR for uncontrolled bleeding,.and she didn't know the HCT. Last documented was 25 after 2 units PRBCs
**Explanation for a score of 2 out of 5 for the Patient Care:** Long delay between cases, she didn't start the 11a, after I was half way through I was called to my other room. I asked her to finish it but it was never done.

**Resident Acknowledgement:** agree I should have been writing as I was sorting out the details of this pt's complicated hospital stay from her chart. she was an add-on for whom we had little time to prepare, and I had the room ready for possible transfusion, possible need for a-line, etc. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Confidential Comments:** Comments visible to program director only
**Program Director Comments:** Comments Not Available

Evan Goodman, Anesthesiology - General: Sarah continues to improve her regional anesthesia technique.
**Resident Acknowledgement:** Thank you - I valued my rotation on OB. I appreciate your support and committment to teaching. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Susan Dumas, Anesthesiology - General: Sarah had a slow start during this rotation. Although her epidural technique was average, her knowledge and her ability to perform quickly and proficiently in situations requiring fast action was not where it should have been after a month. An additional 2 weeks was suggested. I think that there was some difficulty taking what she knew from a knowledge standpoint and implementing it.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Medical Knowledge:** see below
**Explanation for a score of 2 out of 5 for the Medical Knowledge:** see below
**Explanation for a score of 2 out of 5 for the Medical Knowledge:** Sarah took some time to complete the required 50 questions. Not sure how much OB anesthesia reading she was doing
**Explanation for a score of 2 out of 5 for the Patient Care:** several comments from attendings felt that attention to detail was lacking
**Explanation for a score of 2 out of 5 for the Patient Care:** needed to get more epidurals to become more proficient

**Resident Acknowledgement:** I would tend to disagree with several points. I completed the questions a week prior to their "due date", I read consistently, and while I tend not to demonstrate speed early on in acquiring new skills, I received positive feedback from other attendings regarding my technical ability as well as my clinical judgement. I didn't object to remaining on OB for the additional time because I enjoy working there and there is always more to learn. I made one significant medication error early on which I reviewed in depth with my attg of the day, but lack of attn to detail is not feedback I have otherwise received. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Off to a great start on OB. Great patient interaction skills. Continue to work on regional skills.
**Resident Acknowledgement:** thank you - I did my eval b/f we worked together later in the day, very good learning experience and dialogue. Look forward to working with Dr Grass. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Adam Haas, Anesthesiology - General: introductory day in mac house. Impressive initial skill in regional anesthesia. An earer learner
**Resident Acknowledgement:** Thanks - don't feel too impressive yet, but practice, practice -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Good fund of medical knowledge. Concentrate on correct drug doses.
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Adam Haas, Anesthesiology - General: Dr. Aronson is still at the beginning of her residency, and most of her performance is appropriate for her level of training. There were 2 events that I feel necessary to call to your attention. The first was a drug error by a factor of 10. She added 0.5 mg of epinephrine to lidocaine for an epidural instead of 0.05 mg. (Given that the volume was 20 cc, it really should have been 0.1 mg to make 1:200,000, which also was an error on her part). Fortunately, she did accurately document the amount on the syringe. I revieved drug concentrations with her. The second event involved a PPTL, one day post partum in a 153 kg woman. It was done under spinal, and the patient began to have some discomfort. Dr. Aronson started a propofol infusion. I discussed with her my concerns about that approach with this particular patient, and tried to convey that while her demonstration of initiative is good, at this point in her training it would be better to call the attending to see how to proceed.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Medical Knowledge:** see comment below

**Resident Acknowledgement:** Thank you - as above, we did discuss both (both clinical points I won't be forgetting). I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

David Dininny, Anesthesiology - General: tnemmoc on
**Resident Acknowledgement:** Thank you, always learn useful things working with you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Carl Forrest, Anesthesiology - General: Has developed a routine in the OR. Good epidural technique. We discussed the necessity of cleaning up the anesthesia work area after the case. Suggest: continue to read.

**Resident Acknowledgement:** Thanks, the Mac House routine is starting to sink in -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Carl Forrest, Anesthesiology - General: Good job. Needs to work on being more compulsive in OR, including preparation and vigilance. Suggest: continue to read.
**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Annemarie Norenberg, Anesthesiology - General: seems to enjoy her work in
**Resident Acknowledgement:** I do. Also haven't worked with Dr Norenberg in a long while, it was a good learning and working experience. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Very meticulous history and postop evaluation. Great notes. Continue to be inquisative
**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Excellent clinical care and high level of motivation. Continue to ask probing questions.
**Resident Acknowledgement:** Thanks. I appreciate the benefit of Dr Grass's experience. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Lora Levin, Anesthesiology - General: Good epidural technique.
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Good fund of medical knowledge. Continue to work on expediency in prepping and performing regional blocks.
**Resident Acknowledgement:** Thank you - aiming for Dr Wallace's benchmark of 10 minutes -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Progressing very well with technique in regional anesthesia. Able to manage challenging patients. Continue to be inquisitive.
**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Did well overall on the rotation. Developed excellent regional skills. Responds appropriately to complex situations. Continue to ask probing questions.
**Resident Acknowledgement:** Thank you - greatly appreciate your attention to teaching. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Margaret Sedensky, Anesthesiology - General: Today was busy enough that I had to abandon Dr. Aronson more than I wanted during a few tough cases. She did a fine job. She was available and ready for all cases, performed a technically hard block, took suggestions well, etc. All in all a good day. Talked about various things that I would have done differently on some of the cases, but she took good care of her patients.
**Resident Acknowledgement:** Thank you! It was a very good learning day. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Lora Levin, Anesthesiology - General: Sarah was on the floor more today, but could still be more involved. Needs to keep reading and start thinking proactively. Not just let's do a CSE, but what drugs and how much.
**Resident Acknowledgement:** thanks. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Confidential Comments:** Comments visible to program director only
**Program Director Comments:** Comments Not Available

Raymond Graber, Anesthesiology - General: Dr Aronson was late today - she assumed she was at MacHouse - had been sick the day before and hadn't bothered to check her room assignment. We therefore got in the room 20 mins late I believe. I reminded her that the schedule is emailed out everyday. The other thing she did that I didn't like is sedate a patient in preop hold with fentanyl rather than versed. The main goal of sedation is relaxation and amnesia. If a patient is not having pain in preop hold, I don't see the point of giving fentanyl at that point. Another thing that happened was that I was not paged for emergence for the first case. She stated she paged me - but I did not get a page.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Professionalism:** see below

**Resident Acknowledgement:**  No dispute from me on any of the above. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Confidential Comments:**  Comments visible to program director only
**Program Director Comments:**  Comments Not Available

Jeffrey Grass, Anesthesiology - General: Strong medical knowledge. Continue to work on expediency in performing regional.
**Resident Acknowledgement:**  Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

Victoria Eskinazi, Anesthesiology - General: Sarah got the IV in a difficult access patient. Room set up, intubation ok. She needs to improve her multi-tasking abilities.
**Resident Acknowledgement:**  Thank you, it was a good learning day. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

Subhalakshmi Sivashankaran, Anesthesiology - General: good to work with.
**Resident Acknowledgement:**  Thank you - I always appreciate working with you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

Adam Haas, Anesthesiology - General: Good job. I was impressed in 2 areas. #1 between cases early in the day, I noted that she was not as prepared for the following case as she should have been. She corrected this for subsequent cases. #2 I was not able to get her a lunch break until 3 pm. She was understanding and professional in dealing with this
**Resident Acknowledgement:**  Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

Douglas Graham, Anesthesiology - General: we did three spine surgeries today, all of which were about equal in difficulty and appropriate for this resident's prior training. the resident doctor adequately acquired H&P information and documentation. peripheral IV placements were not a problem. our first case contained an unanticipated difficult airway, and we used a fiberoptic scope and Aintree intubating stylet to successfully intubate the patient. in my mind, the resident was allowed adequate time to manipulate the scope and "get a feel" for performing the intubating procedure, but ultimately we secured the airway together (this should *not* be viewed as a negative at this stage of the resident's training.) the resident did struggle slightly with direct laryngoscopy during the next two cases and required my assistance to intubate once. all three cases required prone positioning, and i felt that the resident did a great job monitoring vital pressure points (ie. eyes, nose, ears, neck.) turnover times between each case was on the long side (i believe i commented on this in a previous evaluation.) the time in between the first two cases was over 45 minutes, and the time between the last two cases was about 35 minutes. again, i'll encourage the resident to keep PACU signout to less than 5 minutes and "pick up the pace" with room setup. (ideally, the resident should be able to drop a patient off in PACU, setup for the next case, AND perform an H&P on the next patient while starting the IV in less than 20 minutes.) overall, i feel like the resident has a great understanding of the pathophysiology involved in each case, but needs to improve on: 1. becoming more efficient (start thinking a few steps ahead) 2. developing routines for repetitive aspects of the job (ie. prep for next case, monitor placements, PACU signout.) 3. keep practicing direct laryngoscopy skills. thanks.
**Resident Acknowledgement:**  Thank you, I really appreciate the feedback - . I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

Jeffrey Grass, Anesthesiology - General: Good job. Always well prepared. Continue to ask questions.
**Resident Acknowledgement:**  Thank you - working on expediency -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

Victoria Eskinazi, Anesthesiology - General: Sarah's knowledge base is very good. Improvement needed in timely awareness, vigilence and multi-tasking.
**Resident Acknowledgement:**  Thank you, I agree, that continues to be a focus for me in improving my skills. I acknowledge receipt of this evaluation.

**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Barbara Dabb, Anesthesiology - General: We only did one epidural in a "normal-sized" woman; 5 attempts were made to insert the non-disposable Touhy but it was done carefully and the patient did not experience pain. She did not do the cursory exam of airway, heart, lungs or fill in that portion of the pre-op So it was difficult to judge skill level. She did tell Dr. Lewis and me about a patient from whom she removed an epidural catheter after noting that there were petechiae and excessive skin oozing. She then told us that a CBC was pending. I did not understand the logic of removing the epidural before checking the platelet count since it would be available shortly since she was clearly concerned about hemostasis.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Patient Care:** *No comments provided*

**Resident Acknowledgement:**  Can't agree with the above - the excessive oozing was noted after the cather was removed. I then mentioned this to the pt's RN who said that she had noted some petechiae on the pt's chest, more than she would consider typical after second stage labor (these had appeared following labor and were not present before). Given those two pieces of info, I made a point of notifying Dr Dabb and following up on the pt's pending platelet count. Had I ignored those findings and the potential implications I might agree with her assessment, but otherwise no. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Raymond Graber, Anesthesiology - General: Good job today
**Resident Acknowledgement:**  Thank you - learned a lot. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Elias Leonruiz, Anesthesiology - General: Seems to be more confortable in her role as a resident. Her past experience and knowledge allow her to progress more rapidly than the resident past internship.
**Resident Acknowledgement:**  Thank you. I do feel far more comfortable - I appreciate your support. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Girish Mulgaokar, Anesthesiology - General: good improovement
**Resident Acknowledgement:**  Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Girish Mulgaokar, Anesthesiology - General: good resident
**Resident Acknowledgement:**  Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Elias Leonruiz, Anesthesiology - General: Progressing very well. Nice to work with.
**Resident Acknowledgement:**  Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Agnes Lina, Anesthesiology - General: Good job on call!
**Resident Acknowledgement:**  Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Subhalakshmi Sivashankaran, Anesthesiology - General: good to work with.
**Resident Acknowledgement:**  Thank you, I appreciate the learning opportunities you create -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Subhalakshmi Sivashankaran, Anesthesiology - General: good to work with.
**Resident Acknowledgement:**  Finds many opportunities to teach and learn. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:**  Comments Not Available
**Program Director Comments:**  Comments Not Available

---

Carl Forrest, Anesthesiology - General: Generally did a good job. Good knowledge base. Good epidural skills. I had to knock on the on-call room door to wake her, after beeping three times unsuccessfully. Suggest: continue to read.
**Resident Acknowledgement:**  thanks, yes, was deeply asleep, vaguely hearing beeping - will make a point of setting the pager on a more obnoxious sound just in case I'm that out again. I acknowledge receipt of this evaluation.

Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Girish Mulgaokar, Anesthesiology - General: good resident
Resident Acknowledgement:  Thank you. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Adam Haas, Anesthesiology - General: fine job
Resident Acknowledgement:  thank youl. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Carl Forrest, Anesthesiology - General: Generally organized and methodical. Would suggest trying to improve turnover
efficiency. Otherwise good job.
Resident Acknowledgement:  working on it -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Matthew Norcia, Anesthesiology - General: Soild performance
Resident Acknowledgement:  Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Adam Haas, Anesthesiology - General: fine job
Resident Acknowledgement:  thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Subhalakshmi Sivashankaran, Anesthesiology - General: good to work with
Resident Acknowledgement:  Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Barbara Dabb, Anesthesiology - General: Did not complete the drug sheet for a controlled substance, Pentothal, that she
used in the OR, so I got a complaint from pharmacy. In the middle of the night, we had 3 epidurals to do all at about the
same time. She did not mention to me while we we struggling with the first one, that the second patient wanted only a
female caregiver, so I asked the second residen, Dr. Neely to go to that room to get ready. As the door was open, he did not
see the sign, and so ther was some comotion and aggitation on the part of the patient and family. Also, if I had known that
fact, I would have Dr. Neely come to monitor case 1, and have dr. Aronson proceed to case 2
Resident Acknowledgement:  Thank you. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Barbara Dabb, Anesthesiology - General: Dr. Aronson had some difficulty with IV placement and succeeded 1 out of 3
attempts. Although the IV's were not easy to place, she seemed to have more difficulty than residents on her same level.
She needs more time than others to complete tasks--she was not "on-time" for the first case. She told me that she had some
difficulty with LMA placement but she did place an LMA with me very satisfactorily on the first attempt. During the
preparation of our first patient of the day, she behaved inappropriately for a resident and in a very confrontational manner in
front of the patient and his wife. I asked her several time to cap off a failed IV catheter so that there would not be blood all
over the place as the patient was hepatits C positive and also to re-tape the barely working IV that she did have in place (it
was quite positional but at least adequate for induction of anesthesia). Thinking that she did not hear me as she did not do
these things, I repeated my requests several times and in a louder voice. Shortly after we re-taped the IV, she put her hands
on her hips (arms akimbo) and told me that I "was just going to have to change my tone". The body language was very
clearly confrontational and since she is a psychiatrist, she is quite aware of that. When I commented on that, she told me
that she didn't have any place to put her hands

Additional Comments:
Explanation for a score of 1 out of 5 for the Interpersonal and Communication Skills: See below
Explanation for a score of 2 out of 5 for the Patient Care: See below

Resident Acknowledgement:  I did confront Dr Dabb, one time off the bat, in the AM on what I feel is a disrespectful
demeanor, which I felt I should address with her directly and immediately if I was to continue working with her. Her manner
for the rest of that day and for the subsequent day during which we worked together was much improved, and I felt that we
then had a much better working relationship, so from my perspective it was an effective interaction. She did not at any time
express to me any further displeasure so I assumed we had reached an understanding, and I had an acceptable learning
experience. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Jeffrey Grass, Anesthesiology - General: Getting quite good with regional anesthesia. Continue to read.
Resident Acknowledgement:  Thank you , always a pleasure to work with Dr Grass -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Girish Mulgaokar, Anesthesiology - General: good resident
Resident Acknowledgement:  thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Adam Haas, Anesthesiology - General: fine job
Resident Acknowledgement:  Thank youl. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Lora Levin, Anesthesiology - General: Really only on the floor if called to specifically do something. Needs to have a better idea of who is on the floor and their issues.
Resident Acknowledgement:  Thank you. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Anjali Adur, Anesthesiology - General: very professional. works well with the or team.
Resident Acknowledgement:  Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Anjali Adur, Anesthesiology - General: appropriate for beginning peds . willing to learn. works hard.
Resident Acknowledgement:  Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Mark Goldfinger, Anesthesiology - General: intubated successfully. used the glidescope.
Resident Acknowledgement:  good learning day -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Susan Dumas, Anesthesiology - General: good technique, needs to react more quickly in urgent situations
Resident Acknowledgement:  thank you. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Maura Berkelhamer, Anesthesiology - General: See previous comments
Resident Acknowledgement:  Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Paul Tripi, Anesthesiology - General: Sarah is off to a good start in peds. She is careful and conscientious in her care of her patients. Her airway skills and IV insertion skills are consistent with what is expected of a beginning resident in pediatrics.
Resident Acknowledgement:  Thank you - good role model. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Jeffrey Grass, Anesthesiology - General: Getting very proficient at OB anesthesia. Continue to read.
Resident Acknowledgement:  Thank you -. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Anjali Adur, Anesthesiology - General: getting better with preparing for and managing cases.
Resident Acknowledgement:  Supportive, good role model. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Anjali Adur, Anesthesiology - General: shows marked improvement in managing peds cases. willing to work and learn.
Resident Acknowledgement:  Enjoy working with Dr Adur, goes out of her way to create a learning experience. I acknowledge receipt of this evaluation.
Evaluator Acknowledgement:  Comments Not Available
Program Director Comments:  Comments Not Available

Sheryl Modlin, Anesthesiology - General: very helpful

**Resident Acknowledgement:** Thank you - have really appreciated working with you and the other faculty at Prentiss. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Sheryl Modlin, Anesthesiology - General: good day
**Resident Acknowledgement:** Thank you - learned a lot. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Maura Berkelhamer, Anesthesiology - General: Sarah takes great responsibility for her patients comfort and well being. This is very reassuring to parents and the patients she cares for in the OR. Please read more about pediatric disease states. We will work on speeding up the transitions during an anesthetic and between cases.
**Resident Acknowledgement:** Thanks. Enjoy working with the peds team, great teaching, have learned a lot -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Susan Dumas, Anesthesiology - General: did fine
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Irving Hirsch, Anesthesiology - General: good job
**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Maura Berkelhamer, Anesthesiology - General: It is ver refreshing to work with a resident physician who has a strong sense of responsibility to her patients and her co-workers. Sarah's previos experience as a physician makes her very reassuring to parents and pediatric patients. Sarah should continue to develop her technical skills and smooth, rapid, transitions from induction, to airway management, to positioning, to maintenance.
**Resident Acknowledgement:** Thank you - learned a great deal, and greatly appreciated Dr B's teaching efforts -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Matgouranis, Anesthesiology - General: relatively quiet night...Dr Aronson did a good job
**Resident Acknowledgement:** Thank you - nice to have a chance to work with you again -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Adam Haas, Anesthesiology - General: fine job
**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Continue to read.
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Adamek, Anesthesiology - General: good job
**Resident Acknowledgement:** Thank you for your confidence - always a pleasure to work with you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Donald Voltz, Anesthesiology - General: Adequate
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Girish Mulgaokar, Anesthesiology - General: Sarah needs to learn to utilize her time in an efficient manner.
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Raymond Graber, Anesthesiology - General: She demonstrated a good understanding of things. She attempted a brachial

---

aline, but was unsuccessfull. Did a good job with central line. Needs to work on improving speed – and I'm sure this will come as she gets more experienced.
**Resident Acknowledgement:** thanks –. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

David Dininny, Anesthesiology - General: tnemmoc on
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Elias Leonruiz, Anesthesiology - General: Good job!
**Resident Acknowledgement:** thank you!. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Donald Voltz, Anesthesiology - General: Nothing of note to report
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Irving Hirsch, Anesthesiology - General: god job despite a very difficlut surgeon.
**Resident Acknowledgement:** agree re: the surgeon. made more manageable by the anesthesia attending. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Raymond Graber, Anesthesiology - General: Good job.
**Resident Acknowledgement:** thank you –. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Rebecca Doubler, Anesthesiology - General: nice job on a busy OB call.
**Resident Acknowledgement:** thanks - enjoy working with you –. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Raymond Graber, Anesthesiology - General: Good job with her cases.
**Resident Acknowledgement:** thanks, enjoy working with Dr G. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Raymond Graber, Anesthesiology - General: Good job, again.
**Resident Acknowledgement:** thank you –. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Carl Forrest, Anesthesiology - General: Good job today. No problem areas noted. Suggest: continue to read.
**Resident Acknowledgement:** Thanks - always enjoy working with you –. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Rebecca Doubler, Anesthesiology - General: Good job on a mather call.
**Resident Acknowledgement:** thanks very much –. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Girish Mulgaokar, Anesthesiology - General: good resident
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Peter Matgouranis, Anesthesiology - General: developing solid epidural skills
**Resident Acknowledgement:** Thanks - enjoy having the chance to work with you –. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

---

Donald Voltz, Anesthesiology - General: adequate
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.

Resident Comments

**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Adamek, Anesthesiology - General: good job
**Resident Acknowledgement:** Always learn something from a different angle with you - thanks -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Adamek, Anesthesiology - General: good job
**Resident Acknowledgement:** thank you!. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Matgouranis, Anesthesiology - General: handled cases appropriately
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Demonstrated good clinical skills and efficient patient care. Continue to read.
**Resident Acknowledgement:** thank you - appreciate opportunity to use different clinical strategies -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Adam Haas, Anesthesiology - General: super job on rough mac house night call
**Resident Acknowledgement:** Thanks very much. Strange night... I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Jeffrey Grass, Anesthesiology - General: Very comfortable and capable with OB. Continue to read.
**Resident Acknowledgement:** thank you - will do -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Elias Leonruiz, Anesthesiology - General: Learning very well
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

David Dininny, Anesthesiology - General: tnemmoc on
**Resident Acknowledgement:** salcarg sohcum. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Elias Leonruiz, Anesthesiology - General: Very good and very pleasaant.
**Resident Acknowledgement:** Thank you for your confidence -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

sarah has great compassion for her patients and was a pleasure to work with
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Adamek, Anesthesiology - General: take care
**Resident Acknowledgement:** appreciate your teaching style -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Girish Mulgaokar, Anesthesiology - General: good resident
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Adamek, Anesthesiology - General: i did not work with dr. aronson
**Resident Acknowledgement:** I think our case was cancelled so I helped out in the cardiac rooms for the morning -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Girish Mulgaokar, Anesthesiology - General: good resident
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology - General: progessing as expected since the last tie I worked with Dr Aronson
**Resident Acknowledgement:** Thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Raymond Graber, Anesthesiology - General: Good day.
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Adam Haas, Anesthesiology - General: fine job
**Resident Acknowledgement:** thanks, always enjoy working with you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

great job...
**Resident Acknowledgement:** Comments Not Available
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Donald Voltz, Anesthesiology - General: doing well
**Resident Acknowledgement:** I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology - General: Solid work today
**Resident Acknowledgement:** thanks -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

James Rowbottom, Anesthesiology - General: keep working and reading - definite growth and solid work
**Resident Acknowledgement:** thanks, always enjoy working with you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Peter Matgouranis, Anesthesiology - General: straight forward call
**Resident Acknowledgement:** Thanks, enjoy working with you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

David Dininny, Anesthesiology - General: tnemmoc on
**Resident Acknowledgement:** thanks for dinner!. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Salim Hayek, Pain Management: See other eval comments
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Salim Hayek, Pain Management: Dr.Aronson is not as aggressive or rapidly responsive as the average Anesthesiology resident in our department.
**Resident Acknowledgement:** Thank you - I will clarify with Dr Hayek - I'd like to better understand his comments -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Kathleen Cho, Anesthesiology - General: There are things in your performance that need a some work. One, is preparedness for the cases -- ie, getting a line ready, thinking ahead of what additional drugs & equipment you might need and getting them to the room (sheath for sonosite). Also, I felt that you should be more viligant toward your patient. While you were mentoring him, your CA1 partner gave a "maintenance" bolus of 2mg of dilaudid when it was not clinically indicated at all. Multiple times, I passed by the OR and you were in the corner of the OR on the telephone, without any view of the patient or your CA1 trainee. Neither of the cases (a carotid and a fem bypass) were manageable by the CA1 alone. I felt that rather than these being your cases (and clearly the level of the case dictates your level of training rather than a CA1), you were blase toward patient management and let your CA1 do whatever he thought was appropriate.

**Additional Comments:**
**Explanation for a score of 2 out of 5 for the Medical Knowledge:** See below

**Resident Acknowledgement:** thank you for your comments -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology - General: Improved OR performance compared to last time I worked with Sarah
**Resident Acknowledgement:** thanks, always a pleasure -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology - General: appears more fluent and organized in the OR compared to previous experiences, in some tenser situations needs to speed up a bit
**Resident Acknowledgement:** working on that - thanks -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Matthew Norcia, Anesthesiology - General: continues to appear more fluid in the OR setting during routine cases, needs to move alittle faster during some of the more hurried times
**Resident Acknowledgement:** thank you -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Adam Haas, Anesthesiology - General: fine job
**Resident Acknowledgement:** thanks very much. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Sheryl Modlin, Anesthesiology - General: good day
**Resident Acknowledgement:** Thank you - good learning experience. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Anjali Adur, Anesthesiology - General: good job
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

James Rowbottom, Anesthesiology - General: good job, keep up the hard work
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

David Dininny, Anesthesiology - General: tnemmoc on
**Resident Acknowledgement:** always enjoy working with you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Elias Leonrulz, Anesthesiology - General: Very nice job!
**Resident Acknowledgement:** muchas gracias -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Rachel Parks, Anesthesiology - General: very intelligent, needs to work on efficiency and preparedness in the OR
**Resident Acknowledgement:** thank you. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Program Director Comments:** Comments Not Available

Lora Levin, Anesthesiology - General: Sarah did a really good job on call on Sunday. She worked incredibly hard and was able to work pretty independently when I had complex cases with the CA-1. Thorough patient care with good attention to details. Called for help and recognized potential problems appropriately.
**Resident Acknowledgement:** Busy day, learned lots, Dr. Levin is an good role model for prioritizing/multi-tasking while maintaining a diplomatic and professional demeanor -. I acknowledge receipt of this evaluation.
**Evaluator Acknowledgement:** Comments Not Available
**Confidential Comments:** Comments visible to program director only
**Program Director Comments:** Comments Not Available

Lisa Hacker, Anesthesiology - General: I got the impression she does not quite understand some of the severity of