## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| SARAH ARONSON, M.D. | ) | CASE NO. 1:08-CV-763 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| v. | ) | **DEFENDANT UNIVERSITY HOSPITALS** |
| | ) | **OF CLEVELAND, INC.'S OBJECTIONS** |
| UNIVERSITY HOSPITALS OF | ) | **AND ANSWERS TO PLAINTIFF'S FIRST** |
| CLEVELAND, INC. | ) | **SET OF INTERROGATORIES, REQUESTS** |
| | ) | **FOR PRODUCTION OF DOCUMENTS,** |
| Defendant. | ) | **AND REQUESTS FOR ADMISSION** |

Pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure, University Hospitals of Cleveland, Inc. ("Defendant" or "UHC"), by and through its undersigned counsel, hereby submits its Objections and Response to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant.

### GENERAL COMMENTS AND OBJECTIONS

Defendant incorporates each of the following comments and objections into each of its answers to Plaintiff's Interrogatories, Requests for Production of Documents, and Requests for Admission. Defendant makes the following responses and objections subject to, and without waiving, any of these comments and objections.

1.     Defendant's objections and responses to Plaintiff's Interrogatories, Requests for Production of Documents, and Requests for Admission are based on the information presently available to Defendant, and are made without prejudice to Defendant's right to use subsequently discovered or developed information. Discovery and pretrial preparation may develop further information affecting these responses and objections and Defendant reserves the right to amend and/or supplement its responses and objections accordingly. By these responses, Defendant does

## REQUEST FOR ADMISSIONS

1.    For each document produced in response to Plaintiff's First Request for

Production of Documents, admit that the document is authentic for the purpose of Federal Rule

of Evidence 901.

**ANSWER:**    **Admit as to all documents prepared by Defendant or its representatives or maintained by Defendant as records of regularly conducted activity as defined in Fed.R.Evid. 803(6). Otherwise, deny.**

2.    For each document produced in response to Plaintiff's First Request for

Production of Documents, admit that the document satisfies Evidence Rule 1003 regarding

admissibility of duplicate documents instead of originals.

**ANSWER:**    **Admit.**

Barton A. Bixenstine
Josephine Noble
127 Public Square, 4130 Key Tower
Cleveland, Ohio 44118
Phone: (216) 241-6100
Facsimile: (216) 357-4733
*Bart.Bixenstine@ogletreedeakins.com*
*Josephine.Noble@ogletreedeakins.com*

*Attorneys for Defendant University Hospitals of Cleveland*

21


**University Hospitals**
Case Medical Center

To: *Florida Board - McKnight*
Phone:
Fax: *850 - 412 - 1284*

From: *Dr. Narcia*
Phone:
Fax:     216 844 3781

Date: *1/16/09*

Re: *102050*
cc:

Pages: *2*

Message: *Letter of recommendation for*
*Dr. Sarah Aronson*

**Fax**

Department of Anesthesiology and
Perioperative Medicine
University Hospitals
Case Medical Center
11100 Euclid Avenue
Cleveland, Ohio  44106
Telephone: 216 844 7340
Fax:  216 844 3781

The information accompanying this transmission is strictly confidential and is intended for the use of the addressee only.
University Hospitals Case Medical Center disclaims any responsibility for the unauthorized disclosure of this information to
individuals or parties other than the addressee. This information has been disclosed to you from records whose
confidentiality is protected by Federal and Ohio law, including HIPAA, Federal Regulation (42 CFR Part 2), and Ohio
Revised Code sections 5122.31 and 3701.243 which prohibit you from making any further disclosure of it without the
specific written consent of the person to whom it pertains, or as otherwise permitted by such laws. A general authorization
for the release of medical or other information, including HIV/AIDS-related information, is not sufficient for this purpose. If
you received this information in error, please notify the sender immediately by e-mail, fax or telephone, or call Information
Services at 216-844-3327 to arrange for return of the original documents as soon as possible. In addition, if you are not
the intended recipient, any dissemination, distribution or duplication of this transmission is strictly prohibited.

UHC001486



January 16, 2009

To Whom It May Concern:

This letter is to serve as a confirmation that Sarah Aronson, M.D. is currently a resident in the Anesthesiology Department at University Hospitals Case Medical Center in Cleveland, Ohio. She is in her CA-3 (or final) year of training.

During her residency she has had no issues of unprofessionalism or misconduct. She has not been suspended, placed on probation or been named in any actions legal or otherwise.

The consensus of the department's Education Committee supports her licensure in your state.

If you have any questions please do not hesitate to contact me.

Sincerely Yours,

Matthew Norcia, M.D.
Vice-Chairman of Education
Residency Co-Director
University Hospitals Case Medical Center

**Department of Anesthesiology and Perioperative Medicine**
11100 Euclid Avenue Cleveland, Ohio 44106-5077 Phone 216-844-7334 FAX 216-844-3781
*University Hospitals Case Medical Center*

UHC001487

Printable Form                                                                                                    Page 1 of 6

# THE AMERICAN BOARD OF ANESTHESIOLOGY®, INC
4101 Lake Boone Trail, Suite 510 Raleigh, NC 27607-7506
Phone: (919) 881-2570    Fax: (919) 881-2575 Web Site: www.theABA.org

Page: 1 of 4

| | |
|---|---|
| **Resident Name:** | Sarah Cymry Aronson, M.D. |
| **Resident ABAID#:** | 3586-2786 |
| **Training Period:** | 2008B |
| **Resident Program:** | Core Anesthesiology Program #140-015 - University Hospitals of Cleveland |

Attached please find a copy of the Clinical Competence Committee Report, which was submitted electronically for the above-named physician. The resident received an overall clinical competence grade of unsatisfactory for the current report period.

The Board requires that the Program Director and/or the clinical competence committee chair and the above-named resident provide acknowledgement that the designated program faculty and the resident have reviewed this important information.

Please note that a resident will have to extend his/her Clinical Anesthesia training beyond 36 months in order to satisfy the requirements of the continuum of education in anesthesiology if:

- The resident received a CCC Report that is not satisfactory for the most recent period of Clinical Anesthesia training preceding the current report period OR
- The resident receives a CCC Report that is not satisfactory for Clinical Anesthesia training during the next period of training, OR
- The resident leaves the program without receiving a satisfactory CCC Report covering the next six months of Clinical Anesthesia training.

The ABA policy regarding creditable CA training is outlined in detail in the Booklet of Information (Section 2.02 C), which is available on the ABA web site at www.theABA.org.

I attest that the Anesthesiology program faculty and/or staff have informed the resident about his/her unsatisfactory Clinical Competence Committee Report, and that the resident has reviewed this information.

_____                                      _____
Program Director OR Clinical Competence Committee Chair                              Date

I attest to the fact that the anesthesiology program faculty and/or staff have informed me that my overall clinical competence grade was unsatisfactory for the most recent training period. My signature does not necessarily imply that I agree with the evaluation of my clinical competence.

_____                                      _____
Resident Signature                                                                          Date

If you are unable to acquire the resident's signature, please send a brief
written explanation providing the reason.
**PLEASE RETURN THIS ORIGINAL FORM WITH THE APPROPRIATE SIGNATURES AND DATES
TO THE ABA OFFICE BY Jan 31, 2009.**

UHC001372

Printable Form                                                                                     Page 2 of 6

# THE AMERICAN BOARD OF ANESTHESIOLOGY®, INC

4101 Lake Boone Trail, Suite 510 Raleigh, NC 27607-7506
Phone: (919) 881-2570    Fax: (919) 881-2575 Web Site: www.theABA.org

Page: 2 of 4

## Record of Training Report - Previous Training

| | |
|---|---|
| **Resident Name:** | **Sarah Cymry Aronson, M.D.** |
| **Resident ABAID#:** | 3586-2786 |
| **Training Periods:** | All periods prior to 2008B |
| **Resident Program:** | Core Anesthesiology Program #140-015 - University Hospitals of Cleveland |

### Previous Training Details

| Program | From | To | Type | Grade | Trained | Credit | CCM Trained | CCM Credit |
|---|---|---|---|---|---|---|---|---|
| 140-015 | 1/2008 | 6/2008 | Clinical Anesthesia | S | 6 | 6 | 0 | 0 |
| 140-015 | 7/2007 | 12/2007 | Clinical Anesthesia | S | 6 | 6 | 0 | 0 |
| 140-015 | 1/2007 | 6/2007 | Clinical Anesthesia | S | 6 | 6 | 0 | 0 |
| 140-015 | 7/2006 | 12/2006 | Clinical Anesthesia | S | 6 | 6 | 0 | 0 |
| 140-015 | 3/2006 | 6/2006 | Clinical Anesthesia | S | 4 | 4 | 2 | 2 |
| 888-888 | 1/1988 | 6/1988 | Clinical Base | S | 6 | 6 | - | - |
| 888-888 | 7/1987 | 12/1987 | Clinical Base | S | 6 | 6 | - | - |

### Previous Training Summary

| Clin Base | Clin Anes | CCM Mths | Research | Pain Med | Cr Care Med | Peds | Ad Cardio |
|---|---|---|---|---|---|---|---|
| 12 | 28 | 2 | 0 | 0 | 0 | 0 | 0 |

### Additional Required Training Summary

| Clin Base | Clin Anes | CCM Mths | Research | Pain Med | Cr Care Med | Peds | Ad Cardio |
|---|---|---|---|---|---|---|---|
| 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |

### Graduation Summary

| Core Estimated | Core Actual | PM Estimated | PM Actual | CCM Estimated | CCM Actual |
|---|---|---|---|---|---|
| 2/2009 | -- | -- | -- | -- | -- |

| Peds Estimated | Peds Actual | Cardio Estimated | Cardio Actual |
|---|---|---|---|
| -- | -- | -- | -- |

UHC001373

Printable Form

# THE AMERICAN BOARD OF ANESTHESIOLOGY®, INC
4101 Lake Boone Trail, Suite 510 Raleigh, NC 27607-7506
Phone: (919) 881-2570   Fax: (919) 881-2575 Web Site: www.theABA.org

## Record of Training Report - Current Training

| Resident Name: | Sarah Cymry Aronson, M.D. |
|---|---|
| Resident ABAID#: | 3586-2786 |
| Training Period: | 2008B |
| Resident Program: | Core Anesthesiology Program #140-015 - University Hospitals of Cleveland |

| Training | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| Clinical Base | | | | | | |
| Clinical Anesthesia | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ |
| Research Experience | | | | | | |
| Requalification | | | | | | |
| Leave Of Absence | | | | | | |
| None - Not Enrolled In Program | | | | | | |

Will this Resident Continue Training Next Period?                                           Yes

### Clinical Base Rotations - Clinical Base Training Only!

| Rotation type | Months Trained | Rotation type | Months Trained |
|---|---|---|---|
| Anesthesiology | 0 | Critical Care Medicine | 0 |
| Emergency Medicine | 0 | Family Practice | 0 |
| Internal Medicine | 0 | Neurology | 0 |
| Obstetrics/Gynecology | 0 | Pediatrics | 0 |
| Surgery | 0 | Surgical Specialties | 0 |
| Other | 0 | | |

Clinical Base Program
Program Name:
Program City:
Program State:
Program Director:
Program Type:

### Clinical Anesthesia Rotations - Clinical Anesthesia Training Only!

| Rotation type | Months Trained |
|---|---|
| Clinical Anesthesia | 6 |

UHC001374

Printable Form

# THE AMERICAN BOARD OF ANESTHESIOLOGY®, INC
4101 Lake Boone Trail, Suite 510 Raleigh, NC 27607-7506
Phone: (919) 881-2570   Fax: (919) 881-2575 Web Site: www.theABA.org

| | |
|---|---|
| **Resident Name:** | Sarah Cymry Aronson, M.D. |
| **Resident ABAID#:** | 3586-2786 |
| **Training Period:** | 2008B |
| **Resident Program:** | Core Anesthesiology Program #140-015 - University Hospitals of Cleveland |

## Section 6 – Clinical Competence Report

Clinical competence in anesthesiology, as defined by the American Board of Anesthesiology (ABA), is the initial step toward Board certification in anesthesiology.

The Committee may adopt any form to facilitate the evaluation process; however, the ABA's online report form must be completed by selecting either of two grades:

**Satisfactory:** Consistently meets reasonable expectations.
**Unsatisfactory:** Often falls short of reasonable expectations.

**Not applicable** should be used to denote only those categories not required during the resident's current training rotations.

Evaluation of categories should be relative to that expected for the **current level of training.**

**CATEGORIES** (As described in the ABA statement "Defining the First Step Toward Board Certification and Maintenance of Certification in Anesthesiology")

### Essential Attributes

| # | Question | S | U |
|---|----------|---|---|
| 1 | Demonstrates high standards of ethical and moral behavior. | ✓ | |
| 2 | Demonstrates honesty, integrity, reliability, and responsibility. | ✓ | |
| 3 | Learns from experience; knows limits. | ✓ | |
| 4 | Reacts to stressful situations in an appropriate manner. | | ✓ |
| 5 | Has no documented abuse of alcohol or illegal use of drugs during this report period. | ✓ | |
| 6 | Has no cognitive, physical, sensory or motor impairment that precludes acquiring and processing information in an independent and timely manner. | ✓ | |
| 7 | Demonstrates respect for the dignity of patients and colleagues, and sensitivity to a diverse patient population. | ✓ | |

### Patient Care

| # | Question | S | U | N/A |
|---|----------|---|---|-----|
| 1 | Demonstrates patient care that is compassionate, appropriate and effective for the treatment of health problems and the promotion of health. | ✓ | | |
| 2 | Respects patient privacy. | ✓ | | |
| 3 | Demonstrates appropriate concern for patients and a commitment to carrying out professional responsibilities. | ✓ | | |
| 4 | Is an advocate for quality care. | ✓ | | |
| 5 | Demonstrates use of a sound background in general medicine in the management of problems relevant to the specialty of anesthesiology. | ✓ | | |
| 6 | Recognizes the adequacy of preoperative preparation of patients for anesthesia and surgery, and recommends appropriate steps when preparation is inadequate. | ✓ | | |
| 7 | Selects anesthetic and adjuvant drugs and techniques for rational, appropriate, patient-centered and cost-effective anesthetic management. | ✓ | | |
| 8 | Recognizes and responds appropriately to significant changes in the anesthetic course. | | ✓ | |
| 9 | Provides appropriate post-anesthetic care. | ✓ | | |
| 10 | Provides appropriate consultative support for patients who are critically ill. | ✓ | | |
| 11 | Evaluates, diagnoses, and selects appropriate therapy for acute and chronic pain disorders. | ✓ | | |

### Medical Knowledge

| # | Question | S | U | N/A |
|---|----------|---|---|-----|
| 1 | Possesses an appropriate fund of medical knowledge. | ✓ | | |

https://secure.abanes.org/RTID/CCCPrintPrimary.asp?SSN=36400223&TP=2008B&RECID=91960&Page...   1/30/2009

UHC001375

Printable Form

| | | | | |
|---|---|---|---|---|
| 2 | Is appropriately self-confident; recognizes gaps in knowledge and expertise. | ✓ | | |
| 3 | Demonstrates medical knowledge about established and evolving biomedical, clinical, and cognate sciences, as well as the application of this knowledge to patient care. | ✓ | | |

**Practice-Based Learning and Improvement**

| # | Question | S | U | N/A |
|---|----------|---|---|-----|
| 1 | Demonstrates learning and improvement that involves the investigation and evaluation of care for patients, the appraisal and assimilation of scientific evidence and improvements in patient care. | ✓ | | |
| 2 | Is committed to practice-based learning and improvement. | ✓ | | |
| 3 | Possesses business skills important for effective practice management. | ✓ | | |
| 4 | Is complete, accurate and timely in record keeping. | ✓ | | |

**Interpersonal and Communication Skills**

| # | Question | S | U | N/A |
|---|----------|---|---|-----|
| 1 | Demonstrates effective interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families and other healthcare professionals. | ✓ | | |
| 2 | Is adaptable and flexible. | ✓ | | |
| 3 | Is careful and thorough. | ✓ | | |

**Professionalism**

| # | Question | S | U | N/A |
|---|----------|---|---|-----|
| 1 | Demonstrates a commitment to carrying out professional responsibilities. | | ✓ | |
| 2 | Adheres to ethical principles. | ✓ | | |
| 3 | Demonstrates sensitivity to a diverse patient population. | ✓ | | |

**Systems-Based Practice**

| # | Question | S | U | N/A |
|---|----------|---|---|-----|
| 1 | Demonstrates an understanding of the healthcare system and the ability to effectively call on system resources to provide optimal patient care. | ✓ | | |
| 2 | Demonstrates an awareness of and responsiveness to the larger context and system of health care. | ✓ | | |

**Clinical Skills**

| # | Question | S | U | N/A |
|---|----------|---|---|-----|
| 1 | General preparation | ✓ | | |
| 2 | General anesthesia | ✓ | | |
| 3 | Regional anesthesia and pain management | ✓ | | |
| 4 | Special procedures | ✓ | | |

**OVERALL CLINICAL COMPETENCE**

| # | Question | S | U |
|---|----------|---|---|
| 1 | OVERALL CLINICAL COMPETENCE | | ✓ |

## Section 7 - Explanation

The faculty, through the residency competency committee, has determined that Dr. Aronson's performance does not meet expectations for a resident of her level of training; therefore, for the reporting period of July 1, 2008 through December 31, 2008 she will receive an unsatisfactory evaluation on the Clinical Competence Report to the American Board of Anesthesiology. This decision is based on the following criteria. Under the category of Essential Attributes, the committee has determined that she has been unable to demonstrate the ability to react to stressful situations in an appropriate manner. Under the category of Professionalism, she has failed to carry out her professional responsibility of notifying the Residency Program Directors that she was taking a prescribed medication that could impair her judgment and/or job performance, as required by hospital policy. Additionally, under the category of Patient Care, she has failed to demonstrate her ability to recognize and respond appropriately to significant changes in the anesthetic course.

## Approvals

Approved by Program Director: **1/30/2009 4:31:19 PM**
Approved by Clinical Competence Committee Chair: **1/30/2009 4:32:37 PM**

https://secure.abanes.org/RTID/CCCPrintPrimary.asp?SSN=36400223&TP=2008B&RECID=91960&Page...    1/30/2009

UHC001376

UHC001377

From: Shuck, Jerry
Sent: Monday, June 08, 2009 11:02 AM
To: Nearman, Howard
Cc: Rebello, William
Subject: RE: 6/4/09 mtg

Howard  -

This becomes very complicated because: 1) the Board has the recommendation of a six
month extension, 2) the clear negative evaluations have come after the decision for
extension, 3) any negatives before this were not acted upon, 4) the prior negatives
were quite mixed and did not rise to the level of dismissal, 5) each year
non-renewal was not utilized if she were so bad, 6) feedback meetings were sporatic
before and after the decision, 7) nowhere in her file were any disciplinary actions
or letters she reviewed supporting poor performance, 8) at the end of three and a
half years you decided she can't finish.  This is not the situation you want to be
in.  Call me.

Jerry

Jerry M. Shuck, MD, D.Sc
Director Graduate Medical Education
Designated Institutional Official
Professor of Surgery
Associate Dean for Graduate Medical Education Case Western Reserve University
University Hospitals of Cleveland 11100 Euclid Avenue Cleveland, OH 44106
216-844-3872 (office)
216-844-1949 (facsimile)

-----Original Message-----
From: Nearman, Howard
Sent: Saturday, June 06, 2009 10:41 AM
To: Shuck, Jerry
Subject: RE: 6/4/09 mtg

Jerry-

In my discussions with Matt and Dave, it does seem like they were never able to "get
together" with Sarah in a timely fashion. So she may be accurate in her claims about
meetings  (or lack of same). Dave is way too emotionally involved in this now to see
any view other than his own. While I totally agree that Sarah cannot function
independently in a safe manner, I am not absolutely convinced that we have the
documentation of giving that information back to her in a timely fashion - as she
claims. I am not an expert on the rules/regulations that she cites. What I would
suggest at this time is for you to go through what documentation Mat and Dave do
have, address Sarah's allegations and advise us on what we should do.
Thanks.

Howard

-----Original Message-----
From: Shuck, Jerry
Sent: Fri 6/5/2009 10:29 AM
To: Nearman, Howard
Subject: FW: 6/4/09 mtg

Howard  -

This is getting extremely complicated.  This letter was drafted by her lawyer, I'm
sure.

UHC001254

9_06_08_Shuck_Email stream_Nearman_RE 6409 mtg_BAD CONTENT re Nearman view that Aronson not compet
Is she accurate?

Jerry

Jerry M. Shuck, MD, D.Sc
Director Graduate Medical Education
Designated Institutional Official
Professor of Surgery
Associate Dean for Graduate Medical Education Case Western Reserve University
University Hospitals of Cleveland 11100 Euclid Avenue Cleveland, OH 44106
216-844-3872 (office)
216-844-1949 (facsimile)

_____

From: Aronson, Sarah
Sent: Friday, June 05, 2009 12:51 AM
To: Shuck, Jerry; Wallace, David; Norcia, Matthew; evasiliou@acgme.org
Subject: 6/4/09 mtg


Sarah Aronson, MD
UHHS/Case School of Medicine

Page 2

UHC001255

Oracle Workflow Notification

**From:** Patrzyk, Cindy
**Sent:** Thursday, June 25, 2009 12:45 PM
**To:** Wallace, David; Norcia, Matthew
**Cc:** Nearman, Howard; Jezeski, Andrea
**Subject:** FW: Action Required: Leave Of Absence for Aronson, Sarah with a transaction effective date of 2009-06-25

**Attachments:** Attachment Info.htm
FYI for scheduling purposes.

---

**From:** wfmprod@uhhs.com [mailto:wfmprod@uhhs.com]
**Sent:** Thursday, June 25, 2009 11:42 AM
**To:** Patrzyk, Cindy
**Subject:** Action Required: Leave Of Absence for Aronson, Sarah with a transaction effective date of 2009-06-25

From **Aronson, Sarah**           Attachments
To **Patrzyk, Cynthia**
Sent **25-Jun-2009 11:41:45**
Due **25-Jun-2010 11:41:45**
ID **13947451**

## Summary

| | | |
|---|---|---|
| Employee Name **Sarah Aronson** | ☑ | Employee Number **001040048** |
| Organization Email Address sarah.aronson@UHhospitals.org | | Business Group **University Hospitals Health System** |
| ☑ | ☑ | ☑ |

☑ Indicates Changed Items.

## Absence Details

|  | Proposed |
|---|---|
| Absence Status | Planned |
| Absence Category | Leave - FMLA |
| Absence Type | Leave - FMLA Intermittent |
| Absence Reason | Adoption |
| Start Date | 08-Jul-2009 |
| End Date | 15-Aug-2009 |
| Comments and Supporting Information | anticipate one or two days away required for adoption-related court dates; first is scheduled for July 8 2009. |
| Employee Phone Number | 216-721-5945 |

1 of 2

Oracle Workflow Notification

**Employee Work**
**Entity** University Hospitals Case Medical Center

## Action History

| Num | Action Date | Action | From | To | Details |
|-----|-------------|--------|------|-----|---------|
| 1 | 25-Jun-2009 11:41:45 | Submit | Aronson, Sarah | Patrzyk, Cynthia | see comments above |

## Related Applications

☐ Update Action
☐ Return For Correction

Copyright (c) 2006, Oracle. All rights reserved.

Please click on one of the following choices to automatically generate an E-mail response. Before sending the E-mail response to close this notification, ensure all response prompts include a desired response value within quotes.

Action: **Approve**  **Reject**  **Request Information**

UHC000589

UNIVERSITY HOSPITALS OF CLEVELAND
EMPLOYEE HEALTH SERVICE
MEDICAL HEALTH INVENTORY

U.H. NUMBER: 2686186

NAME: _Monson Sarah_

D.O.B. _____

ADDRESS: _230 Lakehurst_ CITY/STATE: _Bratenahl OH 44118_

DEPARTMENT: _Anesthesia_ BLDG/LOCATION: _Lakewell 2400_ TITLE: _Resident_

TELEPHONE #: (HOME) _____ (WORK) _4417335_ SOCIAL SECURITY # ___ / __ / _0223_

1. Have you been under a physician's care during the past year for other than routine exams?

    YES ( )  NO ( ✓ ) NAME OF PRIMARY PHYSICIAN _____

2. ANY HEALTH PROBLEMS IN THE LAST YEAR: PLEASE LIST WITH DATES

Surgical Procedures: _____        Hospitalizations: _____
Illness: _____                    Injuries: _____

| INFECTIOUS DISEASE IN THE PAST YEAR | YES | NO | DATE OF ILLNESS |
|---|---|---|---|
| Hepatitis | | ✓ | |
| Chickenpox | | ✓ | |
| Tuberculosis/Exposure | | ✓ | |

3. DO YOU HAVE THE FOLLOWING CONDITIONS:

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| High Blood Pressure | ( ) | (✓) | Lung Disease | ( ) | (✓) |
| Heart Disease | ( ) | (✓) | Chronic Cough | ( ) | (✓) |
| Seizure Disorder | ( ) | (✓) | Diabetes | ( ) | (✓) |
| History of Back Problems | ( ) | (✓) | Other | | |

List any prescribed medications you are taking: _Allegra Drama_

Allergies: _____

4. I have read the education sheet on communicable disease and understand the importance of reporting signs and symptoms of any infectious disease to the Employee Health Service for their review according to established guidelines.

I declare that the foregoing answers are true, correct, and complete to the best of my knowledge.

Please attach documentation of recent skin test. If positive, recent chest x-ray report current within years

_____                         11/8/06
(Signature)                              (Date)

INFORMATION BELOW COMPLETED BY EMPLOYEE HEALTH SERVICE

Viral Titers Reviewed                     Comments
    Varicella    ✓ Immune    ___ Not Immune _____
    Rubella      ✓ Immune    ___ Not Immune _____
    Rubeola      ✓ Immune    ___ Not Immune _____
    Mumps        ✓ Immune    ___ Not Immune _____

Immunizations
Hepatitis B Series: _____    Date of last PPd: 11/8/06
HBSAB/AG _____               If positive, last chest x-ray: _____

11/8/06
Date of Exam                   EHS Clinical Staff Signature

REV 04/02

UNIVERSITY HOSPITALS OF CLEVELAND
EMPLOYEE HEALTH SERVICE
MEDICAL HEALTH INVENTORY



NAME: SARAH ARANSON

U.H. NUMBER: _____

D.O.B. 1 / 10 / 62

ADDRESS: _____ CITY/STATE: _____

DEPARTMENT: ANES.  BLDG/LOCATION: Bolwell 2400  TITLE: MD

TELEPHONE #: (HOME) _____ (WORK) 844 7335  SOCIAL SECURITY # ___ / __ / 0223

1. Have you been under a physician's care during the past year for other than routine exams?

   YES (9 NO (9 NAME OF PRIMARY PHYSICIAN  Dr. DeJoseph

2. ANY HEALTH PROBLEMS IN THE LAST YEAR: PLEASE LIST WITH DATES

Surgical Procedures: Bunionectomy (R foot 3/07  Hospitalizations: _____
Illness: _____ Injuries: _____

| INFECTIOUS DISEASE IN THE PAST YEAR | YES | NO | DATE OF ILLNESS |
|---|---|---|---|
| Hepatitis | | ✓ | |
| Chickenpox | | ✓ | |
| Tuberculosis/Exposure | | ✓ | |

3. DO YOU HAVE THE FOLLOWING CONDITIONS:

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| High Blood Pressure | ( ) | (✓) | Lung Disease | ( ) | (✓) |
| Heart Disease | ( ) | (✓) | Chronic Cough | ( ) | (✓) |
| Seizure Disorder | ( ) | (✓) | Diabetes | ( ) | (✓) |
| History of Back Problems | ( ) | (✓) | Other | | |

List any prescribed medications you are taking: Adderall, Topamax  OCP  imitrex or axert prn migraine

Allergies: NKDA

4. I have read the education sheet on communicable disease and understand the importance of reporting signs and symptoms of any infectious disease to the Employee Health Service for their review according to established guidelines.

I declare that the foregoing answers are true, correct, and complete to the best of my knowledge.

Please attach documentation of recent skin test. If positive, recent chest x-ray report current within years

_____ (Signature)  11/28/07 (Date)

INFORMATION BELOW COMPLETED BY EMPLOYEE HEALTH SERVICE

Viral Titers Reviewed  Comments
Varicella ___ Immune ___ Not Immune
Rubella ___ Immune ___ Not Immune
Rubeola ___ Immune ___ Not Immune
Mumps ___ Immune ___ Not Immune

Immunizations
Hepatitis B Series: none  PPd: 11/29/07
HBSAB/AG _____ If positive, last chest x-ray _____
11-29-07
Date of Exam  _____ EHS Clinical Staff Signature

REV 04/02

UHC001069

UNIVERSITY HOSPITALS OF CLEVELAND
EMPLOYEE HEALTH SERVICE
MEDICAL HEALTH INVENTORY

U.H. NUMBER: 268618b

NAME: Aronson Sarah

D.O.B.

ADDRESS: _____ CITY/STATE: _____

DEPARTMENT: _____ BLDG/LOCATION: _____ TITLE: _____

TELEPHONE #: (HOME) _____ (WORK) _____ SOCIAL SECURITY # __ __ / __ __ / __ __ __ __

1. Have you been under a physician's care during the past year for other than routine exams?

   YES ( )  NO ( ✓ )  NAME OF PRIMARY PHYSICIAN _____ Dr. Joseph _____

2. ANY HEALTH PROBLEMS IN THE LAST YEAR: PLEASE LIST WITH DATES

Surgical Procedures: _____   Hospitalizations: _____
Illness: _____   Injuries: _____

| INFECTIOUS DISEASE IN THE PAST YEAR | YES | NO | DATE OF ILLNESS |
|---|---|---|---|
| Hepatitis | | ✓ | |
| Chickenpox | | ✓ | |
| Tuberculosis/Exposure | | ✓ | |

3. DO YOU HAVE THE FOLLOWING CONDITIONS:

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| High Blood Pressure | ( ) | ( ✓ ) | Lung Disease | ( ) | ( ✓ ) |
| Heart Disease | ( ) | ( ✓ ) | Chronic Cough | ( ) | ( ✓ ) |
| Seizure Disorder | ( ) | ( ✓ ) | Diabetes | ( ) | ( ✓ ) |
| History of Back Problems | ( ) | ( ✓ ) | Other | | |

List any prescribed medications you are taking: Topamax , Imitrex prn

Allergies: NKDA

4. I have read the education sheet on communicable disease and understand the importance of reporting signs and symptoms of any infectious disease to the Employee Health Service for their review according to established guidelines.

I declare that the foregoing answers are true, correct, and complete to the best of my knowledge.

Please attach documentation of recent skin test. If positive, recent chest x-ray report current within a year.

_____ (Signature)          11/4/08 (Date)

INFORMATION BELOW COMPLETED BY EMPLOYEE HEALTH SERVICE

Viral Titers Reviewed                          Comments

| | | |
|---|---|---|
| Varicella | ✓ Immune | Not Immune _____ |
| Rubella | ✓ Immune | Not Immune _____ |
| Rubeola | ✓ Immune | Not Immune _____ |
| Mumps | Immune | Not Immune _____ |

Immunizations
Hepatitis B, Series _____
HBSAB/AG _____           Date of last PP-d Neg. 10/1/08
                           If positive, last chest x-ray: _____

11.4.08
Date of Exam           EHS Clinical Staff Signature

REV 04/02

UHC001070

# Corporate Health

**University Hospitals**
**Health System**

## NEW EMPLOYEE HEALTH QUESTIONNAIRE

*Name:* SARAH ARONSON

*SSN:* 036400223

*Work Location:* _____

*Recruiter:* _____

*Date:* 2/24/06

*Job Title:* RESIDENT

*Department:* ANESTHESIA

|  | Yes | No |
|---|---|---|
| **Do you have any medical conditions which would interfere with your ability to perform your job duties?** | ☐ | ☒ |
| If yes, explain _____ |  |  |
| **Have you ever had a work related injury?** | ☐ | ☒ |
| If yes, explain _____ |  |  |
| **Would any special accommodation be necessary for you to perform your job activities?** | ☐ | ☒ |
| If yes, explain _____ |  |  |
| **Are you on any regular medications?** | ☒ | ☐ |
| If yes, list LUTERA (O.P.) TOPAMAX 25-50 8HS (MIGRAINE)  ADDERALL 20 TID (ADHD) |  |  |
| IMITREX 100 PRN   WELLBUTRIN XL 450 QD |  |  |
| **Do you have any special allergies, such as to latex, which would prevent you from performing your job duties?** | ☐ | ☒ |
| If yes, explain _____ |  |  |
| **Over the last year, have you missed more than 1 week of work because of illness/injury?** | ☐ | ☒ |
| If yes, explain _____ |  |  |
| **Do you have any other chronic symptom or disorder which would prevent you from performing your job duties?** | ☐ | ☒ |
| If yes, explain _____ |  |  |
| **Have you ever been a smoker?** | ☐ | ☒ |
| If yes, are you currently smoking? | ☐ | ☒ |

*rx# see documentation*

```
# Packs per day?        _____
How many years total?  _____
```

HR-14A
Owner: Corporate Health
Revised: December 05, 2005 (Draft #3)
Page 1 of 2
Uncontrolled Document – Printed version only reliable for 24 hours

UHC001071

**CLINICAL STAFF, PLEASE COMPLETE THE FOLLOWING:**

Please list dates of the following immunizations, as applicable:

| | | | | |
|---|---|---|---|---|
| Diphtheria/Tetanus (last dose): | Date: 1997 | | | |
| Hepatitis B | Date: 1985 | Date: 85 | Date: 85 | |
| MMR | Date: AGE 5 or 6 | Date: AGE 5 or 6 | | |
| BCG vaccine | Date: 0 | | | |
| Varicella | Date: AGE 5 or 6 | | | |

|  | Yes | No |
|---|---|---|
| If you have never had a varicella immunization, have you ever had **chickenpox**? | ☑ | ☐ |
| Have you ever had a **positive TB skin test**? | ☐ | ☑ |

If yes, give details/treatment etc: _____

_____

_____

_____

I certify that the above statements are true, complete and correct to the best of my knowledge and belief.

Signature: _____   Date: 2/24/06

Reviewed by: _M Kelly CNP_   Date: 2/24/06

**For Corporate Health Use Only**

Blood Pressure _125/78_   Heart Rate _85_

Assessment: _Attending Psychiatrist → anesthesiology resident._
_History of ADHD & migraine. NOEE_

Plan: _OK pending tox screen._

Comments: _No varicella titer on file – requested lab today._

Reviewer _M Kelly CNP_   Date _2/24/06_

Signature

HR-14A
Owner: Corporate Health
Revised: December 05, 2005 (Draft #3)
Page 2 of 2
Uncontrolled Document – Printed version only reliable for 24 hours



 Update your
account
information

 Visit the
Savings
Center

You have 7
new
messages

Search [_____] [Go]

 CWRU
Case Western Reserve University

Hi, ms.  | Logout

| Home | Prescriptions & Coverage | Health Resources | Customer Care | About Caremark | For Clients | For Health Professionals |

**My Prescriptions**
- Refill Prescriptions
- Check Order Status
- View Prescription History
- New Prescriptions
- Savings Center

**My Coverage**
- Check Drug Cost
- Find Local Pharmacy
- My Drug List
- My Prescription Plan
- Print Forms

**My Account**
- Update Profile
- Add Family Members
- Access Mailbox

**Contact Caremark**

**WEB SITE PRIVACY POLICY**

Home: Prescriptions and Coverage: My Prescriptions: View Prescription History

## View Prescription History

Review all of your prescriptions ordered or bought with Caremark, including phone orders, retail purchases, reimbursements, and mail orders. If you need a printable record of all of your past prescriptions on one page, you can get a

**Prescription Report**

View Prescription(s) for [?]

Prescriptions shown for SARAH ARONSON - 01-10-1962
Show prescriptions for STANLEY AYRES-ARONSO - 09-24-2002
Show prescriptions for SOFIA AYRES-ARONSO - 03-17-2001

Show prescriptions [All ▾]  **Show**

Prescription information as of 02/22/2006
Prescriptions listed are for SARAH ARONSON - 01-10-1962

Previous 10 | Next 10

| Rx Number | Drug | Pharmacy | Status | Last Filled ▾ |
|-----------|------|----------|--------|---------------|
| 0446229 | Wellbutrin Xl, 150MG, Brand w/o Generic | RITE AID PHARMACY 2665 | Accepted | 11/18/2005 |
| **Prescription Detail** | | | | |
| 5636800 | Adderall, 20MG, Brand with Generic | CAREMARK | Accepted | 11/09/2005 |
| **Prescription Detail** | | | | |
| 5636800 | Amphetamine Salt Combo, 20MG, Generic | CAREMARK | Accepted | 11/09/2005 |
| **Prescription Detail** | | | | |
| 5636800 | Adderall, 20MG, Brand with Generic | CAREMARK | Accepted | 11/09/2005 |
| **Prescription Detail** | | | | |
| Rx3606569 | Maxalt Mlt, 10MG, Brand w/o Generic | CAREMARK | Accepted | 11/09/2005 |
| **Prescription Detail** | | | | |
| 4089978 | Lutera, 0.1-0.02, Generic | CAREMARK | Accepted | 10/25/2005 |
| **Prescription Detail** | | | | |

*Dr Mark Warren @ Laurelwood*

UHC001073

THE OCCUPATIONAL HEALTH CENTER    1202 State Street    Erie, PA  16501

Provider Physical Form    Today's Date: _____

Patient Name: _____    Birthdate: _____

**Heart:** ____ ✓ Normal
Rate ____
Rhythm ____
Murmur ____
_____
_____

**Breasts:** ____ Normal
Self-breast ____
Mastectomy ____
Nodules ____
Deferred
_____
_____

**Abdomen:** ____ Normal
Contour ____
Tenderness ⊘
Organomegaly ⊘
Masses ⊘
Striae ⊖
Hernia ____
Sounds ____
Scars ⊖
_____

**Back:** ____ ✓ Normal
Curvation _normal_
Mobility _good_
Tenderness ⊖
Scars ⊖
ROM _supple_
SLR ____
Spasms ____
_____
_____

**Skin:** ____ ✓ Normal
Scars  Rt knee _from old MVA_
Tattoo ____
Texture ____
Nails ____
_____
_____

**Genitals:** ____ Normal
Deferred
Varicocele ____
Spermatocele ____
Hernia ____

**Rectal:** ____ Normal
Deferred
Masses ____
Hemorrhoids ____
Heme Test Stool ____
Prostate ____
_____
_____

**Neurological:** ____ ✓ Normal
Reflex/Strength
  Biceps ____
  Triceps ____
  Patella ⊕/⊕
Rhomberg ⊖
Sensory ____
Cranial ____
Coordination ____
_____
_____

**Extremities:** ____ ✓ Normal
Strength/ROM
  Upper _S/5_
  Lower _S/5_
Edema ____
Varicosities ____

Employee is medically qualified to wear:
☐ Respirator     ☐ Protective Equipment     ☐ Other

☐ No signs or symptoms of communicable disease in an infectious state
☐ Able to perform essential functions of this position without accomodation.
☐ Able to perform essential functions with the following accomodation(s): _____
☐ Restrictions/Limitations _____
☐ Follow up with personal physician recommended.

UHC001074

# THE OCCUPATIONAL HEALTH CENTER

1202 State Street   Erie, PA 16501

**Provider Physical Form**

Today's Date: 8/26/98

Patient Name: SARAH ARONSON

Birthdate: 1/10/62

Employer: HAMOT

Job Title: Physician

Type of Exam (circle): (Pre-Placement)   RTW   Exit   Surveillance   Annual   Other:

**Vision (circle one):** (Corrected) / Uncorrected

Far:   O.D. 20/20   O.S. 20/20   O.U. 20/16   Peripheral >70   R _____   L _____

Near:   O.D. 20/16   O.S. 20/16   O.U. 20/16   Glasses Worn? (Yes)   No

**Color Vision (circle one):** Ishihara / Yarn / Other   (Normal)   Abnormal   Impaired but able to distinguish primary colors

**Hearing:**   Whispered Voice _____   Audioscope dB 25/40 _____   Audiogram (see attached) _____

Frequency (circle):   Right:   500   1000   2000   4000

Left:   500   1000   2000   4000

**Vital Signs:**   Ht: 61'5"   Wt: 167   TPR: 98 84 16   BP: 104/62   LMP: current

Urine Dip:   Specific Gravity 1.015   pH 5   Albumin ⊖   Blood trace   Sugar ⊖   On Menses? ⊠Yes   ☐No

## PHYSICAL EXAMINATION

Check if Normal - Explain on lines below if Abnormal

**General:** ✓ Normal
Posture _____
Gait _____
Speech _____
Appearance _____

**Head:** ✓ Normal
Hair _____
Masses _____
Tenderness _____

**Eyes:** ✓ Normal
Lids _____
Sclera white
Conjunctiva _____
Muscles _____
Pupils _____
Light _____

**Mouth/Throat:** ✓ Normal
Lips _____
Tongue _____
Pharynx _____
Tonsils _____
Teeth _____
Dentures _____
Mucosa _____

**Ears:** ✓ Normal
Ca _____
Canal _____
TM _____
Cerumen Impaction _____

**Neck:** ✓ Normal
Thryoid _____
Nodes _____
ROM supple

**Nose:** ✓ Normal
Septum _____
Mucosa _____
Obstruction _____

**Lungs:** ✓ Normal
Chest clear
Rubs _____
Wheezes _____
Rales/Rhonchi _____

*Provider physical form*

02/12/98

UHC001075

UNIVERSITY HOSPITALS OF CLEVELAND
EMPLOYEE HEALTH SERVICE

# IMMUNIZATION RECORD

Name: ARONSON, SARAH          UHC HOSPITAL NUMBER: 0223

| PROCEDURE | DATE PLACED | TYPE AND AMOUNT | CLINICIAN INITIALS | DATE READ | RESULTS | CLINICIAN INITIALS | RETURN DATE | EDUCATIONAL MATERIAL GIVEN |
|---|---|---|---|---|---|---|---|---|
| TB SKIN TEST   Step #1 | | PPD 5TU | | | | | | |
| Step #2 | | PPD 5TU | | | | | | |
| Annual | 1. 29. 07 | PPD 5TU | DR | | | | | |
| 0.1 ml subdermal inj | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

PLEASE NOTE:  IF YOU ARE TAKING A MEDICATION OR HAVE A MEDICAL CONDITION WHICH CAUSES YOU TO BE IMMUNOCOMPROMISED, YOU ARE AT GREATER RISK FOR ACQUIRING TB.  VOLUNTARY WORK REASSIGNMENT MAY BE AVAILABLE TO YOU.  PLEASE CONTACT THE EMPLOYEE HEALTH NURSE.

## TUBERCULOSIS TESTING AND MONITORING
### (SEE REVERSE FOR THOSE WITH HISTORY OF POSITIVE PPD OR TB)

**PPD TEST CONSENT**

**CONSENT**

DATE 3/17/99          DEPT FP     UNIT_____

NAME SARAH ARONSON          SS# 036400223
PRINT

TO MY KNOWLEDGE, I HAVE NEVER HAD A POSITIVE PPD TEST OR ACTIVE TB.

SIGNATURE _____

TO BE COMPLETED BY EHS/DESIGNEE:

**PLACEMENT**

| | | |
|---|---|---|
| History of BCG | ☐ Yes | ☒ No |
| Initial Placement | ☐ Yes | ☒ No |
| Second Step of 2-Step | ☐ Yes | ☒ No |
| Annual Testing | ☒ Yes | ☐ No |
| Semi Annual Testing | ☐ Yes | ☒ No |

Date 3/17/99  Site R forearm  MFG & Lot # 2493-A  3/2/00  Signature Barb Ruhlman (RN)

DATE TO BE READ BY 3/19/99

**RESULTS**

RESULTS 0mm induration  Date Interpreted 3/19/99

Read By Barb Ruhlman (RN)
                    Signature

WHEN COMPLETED PLEASE RETURN TO EMPLOYEE HEALTH SERVICES

Follow-Up Recommended_____

Referral Made To:

**FOLLOW-UP**

A:2/97

UHC001077

## MANDATORY OSHA INFORMATION

DATE 8/27/98 _____

NAME _____
    ARONSON, SARAH, C. MD
    DOB: 1/10/62  AGE: 36
    SS# 036-400-223
    Physician

_____      DOB _____

SS# _____    DEPT _____

### HEPATITIS B VACCINE STATUS

___√___ I HAVE COMPLETED THE VACCINE SERIES.  DATE 1987 _____

_____ I AM IN THE PROCESS OF RECEIVING THE VACCINE SERIES.

_____ I AM INTERESTED IN RECEIVING THE VACCINE.

_____ I AM NOT INTERESTED IN RECEIVING THE VACCINE.

_____
    SIGNATURE

7/94

UHC001078

PLEASE NOTE:  IF YOU ARE TAKING A MEDICATION OR HAVE A MEDICAL CONDITION WHICH CAUSES YOU TO BE IMMUNOCOMPROMISED, YOU ARE AT GREATER RISK FOR ACQUIRING TB.  VOLUNTARY WORK REASSIGNMENT MAY BE AVAILABLE TO YOU.  PLEASE CONTACT THE EMPLOYEE HEALTH NURSE.

## TUBERCULOSIS TESTING AND MONITORING
(SEE REVERSE FOR THOSE WITH HISTORY OF POSITIVE PPD OR TB)

**CONSENT**

PPD TEST CONSENT

DATE _3/8/00_          DEPT _FAM MED_ UNIT_____

NAME _ARonson, Sarah_          SS# _026400223_
     PRINT

TO MY KNOWLEDGE, I HAVE NEVER HAD A POSITIVE PPD TEST OR ACTIVE TB.

SIGNATURE _____

TO BE COMPLETED BY EHS/DESIGNEE:

**PLACEMENT**

| | | |
|---|---|---|
| History of BCG | ☐Yes | ☐No |
| Initial Placement | ☐Yes | ☐No |
| Second Step of 2-Step | ☐Yes | ☐No |
| Annual Testing | ☐Yes | ☐No |
| Semi Annual Testing | ☐Yes | ☐No |

Date _3/8/00_ Site _① Forearm_ MFG & Lot # _C80164A_ _PMC_ Signature _Sandra L Tate, LPN_
                                              _3/8/01_

DATE TO BE READ BY _3/10/00_

**RESULTS**

RESULTS _0mm induration_ Date Interpreted _3/10/00_

Read By _Barb Luhrsman RN_
           Signature

WHEN COMPLETED PLEASE RETURN TO EMPLOYEE HEALTH SERVICES

Follow-Up Recommended_____

Referral Made To:

**FOLLOW-UP**

A:2/97

UHC001079

# UNIVERSITY HOSPITALS OF CLEVELAND
## Employee Health Service

### IMMUNIZATION RECORD

NAME: ARONSON SARAH                    HOSPITAL NUMBER:

| PROCEDURE | DATE PLACED | TYPE AND AMOUNT | CLINICIAN INITIALS | DATE READ | RESLTS | CLINICIAN INITIALS | RETURN DATE | EDUCATIONAL MATERIAL GIVEN |
|---|---|---|---|---|---|---|---|---|
| TB SKIN TEST Step #1 | | | | | | | | |
| Step #2 | | | | | | | | |
| Annual | 2/18/05 | PPd 5tu SR | | 2/21/05 | neg | SA | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

RECD DEC 3 0 2005

UHC001080

**UniversityHospitals
HealthSystem**

University Hospitals
of Cleveland

REC'D DEC 0 5 2003

To:     Tina Burin
Re:     Medical Staff Re-credentialing

4 Dec 2003

This is to state that Sarah Aronson's PPD test (placed 12/1/03) is negative.

KIM HUCK, RN ND

11100 Euclid Avenue   Cleveland, Ohio 44106

# UNIVERSITY HOSPITALS OF CLEVELAND
### Employee Health Service

## IMMUNIZATION RECORD

NAME: Aronson, Sarah, MD                    HOSPITAL NUMBER:

| PROCEDURE | DATE PLACED | TYPE AND AMOUNT | CLINICIAN INITIALS | DATE READ | RESLTS | CLINICIAN INITIALS | RETURN DATE | EDUCATIONAL MATERIAL GIVEN |
|---|---|---|---|---|---|---|---|---|
| TB SKIN TEST Step #1 | | | | | | | | |
| Step #2 | | | | | | | | |
| Annual | 8/18/05 - PPd 5 tu PR | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

UHC001082

PLEASE NOTE:  IF YOU ARE TAKING A MEDICATION OR HAVE A MEDICAL CONDITION WHICH CAUSES YOU TO BE IMMUNOCOMPROMISED, YOU ARE AT GREATER RISK FOR ACQUIRING TB.  VOLUNTARY WORK REASSIGNMENT MAY BE AVAILABLE TO YOU.  PLEASE CONTACT THE EMPLOYEE HEALTH NURSE.

## TUBERCULOSIS TESTING AND MONITORING
### (SEE REVERSE FOR THOSE WITH HISTORY OF POSITIVE PPD OR TB)

### PPD TEST CONSENT

8/26/98

ARONSON, SARAH, C. MD
DOB: 1/10/62  AGE: 36
SS# 036-400-223
Physician

TO MY KNOWLEDGE I HAVE NEVER HAD A POSITIVE PPD TEST OR ACTIVE TB.

SIGNATURE _____

TO BE COMPLETED BY EHS/DESIGNEE:

| | Yes | No |
|---|---|---|
| History of BCG | ☐ Yes | ☐ No |
| Initial Placement | ☒ Yes | ☐ No |
| Second Step of 2-Step | ☐ Yes | ☐ No |
| Annual Testing | ☐ Yes | ☐ No |
| Semi Annual Testing | ☐ Yes | ☐ No |

Date 8/26/98 Site LFA  MFG & Lot # 465-11 Tubersol (Connaught)  Signature _____
-exp 2/99

DATE TO BE READ BY _____

RESULTS Ø                    Date Interpreted 8/28/98

Read By _____
            Signature

WHEN COMPLETED PLEASE RETURN TO EMPLOYEE HEALTH SERVICES

Follow-Up Recommended Had placed previously 1998

Referral Made To:

_____

_____

_____

1/95

UHC001083

HAMOT HEALTH FOUNDATION

EMPLOYEE HEALTH SERVICES

NAME:

SS#:

DOB:

ARONSON, SARAH, C. MD
DOB: 1/10/62  AGE: 36
SS# 036-400-223
Physician

HEALTH QUESTIONNAIRE :   no   (yes)  Date 8/25/98

| DISEASE | HISTORY | Date | Date | Date | Date | Comments |
|---|---|---|---|---|---|---|
| Chickenpox required | Verbal History: ✓ <br> Titer results: <br> Vaccine dates: | 8/25/98 | | | | |
| Rubella required | Titer results: <br> Vaccine dates: | 9.2 immune 8/26/98 | | | | |
| Rubeola required | Titer results: <br> Vaccine dates: | 1.86 immune 8/26/98 | | | | |
| TB Screening required, annual required unless dept is exempted | Mantoux PPD: <br> If positive, follow-up documentation: <br> Annual questionnaire | 8/26/98 (−) | | | | |
| Tetanus/Diphtheria | Date of last booster | 1997 | | | | |
| Hepatitis B Vaccine if at risk for occupational exposure to BBP | Completed: ✓ <br> Post vac titer: ✓ <br> or <br> Consent: <br> Refusal: | 1987 (+) | | | | |

reviewchart2-98

OTHER AREAS TO REVIEW:

WORKER'S COMPENSATION ACKNOWLEDGEMENT  (yes)  no

Reviewer initials DES

Date 8/31/98

```
27-Feb-2006              Clinical Reference Laboratory                    08:19
           CLIA #17D0667123    SAMHSA #0007   CAP #30211-01

UNIVERSITY HOSP HLTH SYST    NAME: ARONSON, SARAH          SAMPLE ID: 76092450
NANCY DALE                   DOB: N/S                      COLLECTED: 02/24/06
11100 EUCLID AVE             SSN: NS                        RECEIVED: 02/25/06
ROBB HOUSE MAIL STOP 6029    GENDER: N/S                    REPORTED: 02/27/06
CLEVELAND, OH 44106          SLIP ID: 0047608391            FAX: (216) 844-3990
PH: (216) 844-4830           REF ID: NS
COLL. SITE ID: UHHUHC        REFERENCE 1:   NONDOT DEFAULT
                             REFERENCE 2:


SITE ADDR: UNIVERSITY HOSP HLTH SYST    SITE BRANCH: UNIVERSITY HOSP-CLEVELAND
           11100 EUCLID AVE             SITE PHONE: (216) 844-4830
           ROBB HOUSE STOP 6029         SITE FAX:   (216) 844-3990
           CLEVELAND, OH 44106

                 REASON FOR TESTING:  PRE-EMPLOYMENT
                 SAMPLE TYPE: DRUG SCREEN ( 9 PANEL)

URINALYSIS                   RESULT / STATUS              CUTOFF/EXPECTED VALUES
----------                   ---------------              ----------------------
  URN CREATININE                162.2                     20.0-300.0 mg%

INITIAL TEST                 RESULT / STATUS              CUTOFF VALUE
------------                 ---------------              ------------
  COCAINE METABOLITES         ........  NEGATIVE          300 ng/mL
  AMPHETAMINES (CLASS)        ........  POSITIVE          1000 ng/mL
  BARBITURATES                ........  NEGATIVE          300 ng/mL
  BENZODIAZEPINES             ........  NEGATIVE          300 ng/mL
  MARIJUANA METABOLITE        ........  NEGATIVE          50 ng/mL
  OPIATES                     ........  NEGATIVE          300 ng/mL
  PHENCYCLIDINE               ........  NEGATIVE          25 ng/mL
  PROPOXYPHENE/METABOLITE     ........  NEGATIVE          300 ng/mL
  METHADONE                   ........  NEGATIVE          300 ng/mL

CONFIRMATION                 RESULT / STATUS              CUTOFF VALUE
------------                 ---------------              ------------
  GC/MS AMPHETAMINE           >10000  POSITIVE            500 ng/mL
```

OK by history.
MK 2/28/06

```
              LAB DIRECTOR: RANDAL E. CLOUETTE, MSFS, RP



            CERTIFIED BY MARTY C. ECKSTEIN




                          Page  1

         Copyright 2006 Clinical Reference Laboratory.  All Rights Reserved.
            8433 Quivira Road.  Lenexa, Kansas 66215.  (913) 492-3652

                    FCB: CLS.UHH.UHC.DEFNON

                   [ end of report  ]
```

UHC001085

# ACL
a QUEST Diagnostic, Inc. Affiliate

## CLINICAL LABORATORY REPORT

1526 PEACH STREET

ERIE, PA 16501

Antonio I German, M.D.
Medical Director

| Patient Name | Client Services Helpline | Billing Helpline | Date Collected | Time Collected |
|---|---|---|---|---|
| ARONSON, SARAH | (814) 461-2400 | (814) 461-2430 | 08/26/98 | 15:45 |

| Patient Phone Number | | | |
|---|---|---|---|

Patient I.D./Social Security Number:
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

Referring Physician
FERRIS, JOSEPH M. D.

410066    19-99-099
HAMOT EMPLOYEE HEALTH SERVICES
201 STATE ST
ERIE, PA 16507

| Date Received | Date of Report |
|---|---|
| 08/26/98 | 08/30/1998 |
| Sex | Age | ID Number |
| F | 36 | |
| Specimen Number | Accession Number |
| | EA219484A |

| TEST PROCEDURE | TEST RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| HEPATITIS B SURFACE ANTIBODY | POSITIVE* | | NEGATIVE A |
| RUBELLA ANTIBODY IGG | 79.2 | IU/ML | A |

REFERENCE RANGE (RUBELLA AB IGG):

| < 5 IU/ML | PRESUMED NON-IMMUNE |
|---|---|
| 5 TO <10 IU/ML | EQUIVOCAL |
| 10 IU/ML OR GREATER | PRESUMED IMMUNE |

ANTIBODY LEVELS IN THE EQUIVOCAL
RANGE MAY BE INSUFFICENT TO PROTECT
AGAINST CLINICAL ILLNESS UPON EXPOSURE
TO RUBELLA VIRUS.
ANTIBODY LEVELS GREATER THAN OR
EQUAL TO 10 IU/ML ARE POSITIVE FOR IGG
ANTIBODY TO RUBELLA VIRUS AND INDICATE
ACUTE OR PAST INFECTION.

| RUBEOLA ANTIBODY IGG, ELISA | 1.86 | ISR | P |
|---|---|---|---|

| ISR | INTERPRETATION OF RESULTS |
|---|---|
| LESS THAN 0.91 | NEGATIVE FOR ANTIBODIES TO RUBEOLA IGG. |
| 0.91 - 1.09 | EQUIVOCAL* |
| GREATER THAN OR EQUAL TO 1.10 | POSITIVE |

*EQUIVOCAL RESULT SUGGESTS PATIENT SHOULD BE
RETESTED IN 5 TO 7 DAYS.

IF RETESTED RESULT IS STILL EQUIVOCAL, THE PATIENT HAS
NO SIGNIFICANT ANTIBODIES TO RUBEOLA IGG.

REFERENCE RANGES PROVIDED BY ASSOCIATED CLINICAL LABS.  PERFORMING SITES
ARE ADULT/NON-SEX SPECIFIC UNLESS
@ = AGE RELATED, @@ = SEX RELATED, @@@ = AGE & SEX RELATED PRINTED

PAGE 1: CONTINUED ON PAGE: 2

## CLINICAL LABORATORY REPORT

# ACL
### a QUEST Diagnostic, Inc. Affiliate

1526 PEACH STREET

ERIE, PA 16501

*Antonio I German, M.D.*
*Medical Director*

| Patient Name | Client Services Helpline | Billing Helpline | Date Collected | Time Collected |
|---|---|---|---|---|
| ARONSON, SARAH | (814) 461-2400 | (814) 461-2430 | 08/26/98 | 15:45 |

Patient Phone Number

Patient I.D./Social Security Number
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

Referring Physician
FERRIS, JOSEPH M.D.

410066     19-99-079
HAMOT EMPLOYEE HEALTH SERVICES
201 STATE ST
ERIE, PA 16507

| Date Received | Date of Report |
|---|---|
| 08/26/98 | 08/30/1998 |

| Sex | Age | ID Number |
|---|---|---|
| F | 36 | |

| Specimen Number | Accession Number |
|---|---|
| | EA219484A |

| TEST PROCEDURE | TEST RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

### PERFORMING SITE CODE BREAKDOWN

| CODE | PERFORMING SITE | ADDRESS |
|---|---|---|
| A | ASSOCIATED CLINICAL LABS | ERIE, PA |
| P | QUEST DIAGNOSTICS INC. | 875 GREENTREE RD., PGH. PA |

ARONSON, SARAH                              **CONSOLIDATED FINAL REPORT**    1
HAMOT EMPLOYEE HEALTH SER   *NOTE: SOME OR ALL RESULTS WERE PREVIOUSLY REPORTED.

UHC001087

**University Hospitals**
**Laboratory Services**
11100 Euclid Avenue * Cleveland, OH 44106-5199
(216)844-5227 * FAX (216)844-7580

ARONSON, SARAH MD
BIRTHDATE SEX: 01/10/1962  F
REQUESTED BY:   ROSENBERG, DAVID          PATIENT #:     02688186
ATT. PHYSICIAN: ROSENBERG, DAVID          ORDERED:       03/01/06 11:44
                                          ROOM# BED:

ADDT'L COPY TO:

FINAL

| TEST NAME | RESULTS | REF VALUES | UNITS | TS | DATE |
|-----------|---------|-----------|-------|----|----|

SEROLOGY

COLLECTED 03/01/06 11:30

**VARICELLA ZOSTER ANTIBODIES**
VARICELLA ZOSTER IGG AB    3.88                    INDEX      UH    03/03/06 14:59
                                NON-IMMUNE:   <0.75
                                EQUIVOCAL:    0.75 - 0.99
                                IMMUNE:       >1.00

RESULTS WERE OBTAINED WITH THE DIAMEDIX
VZV IGG EIA TEST SYSTEM. THE
MAGNITUDE OF THE REPORTED RESULT CANNOT
BE CORRELATED TO AN ENDPOINT TITER.

KEY: L=LOW H=HIGH *=ABNORMAL     TS=Test Site (see reverse for code interpretation)        LAB# F9011930   RUN# L106596

EMPLOYEE HEALTH SERVICES - UHC
11100 EUCLID AVE ROBB HOUSE 3RD FLOOR
CLEVELAND OH 44106

UHC001088