```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3                          - - -

 4    Sarah Aronson, M.D.,     )
                               )
 5                Plaintiff,   )
                               )
 6        vs.                  ) Case No. 1:10-CV-372
                               ) Christopher Boyko, J.
 7    University Hospitals of  )
      Cleveland,               )
 8                             )
                  Defendant.   )
 9

10                          - - -

11

12         Deposition of Sarah Aronson, M.D., the

13    plaintiff herein, called on behalf of the defendants

14    for cross-examination, pursuant to the Federal Rules

15    of Civil Procedure, taken before Constance Versagi,

16    Court Reporter and Notary Public in and for the

17    State of Ohio, pursuant to notice, at the offices of

18    Ogletree Deakins, 4130 Key Tower, Cleveland, Ohio on

19    Monday, December 13, 2010, commencing at 9:12 a.m.

20                          - - -

21

22

23

24

25
```

```
 1          have them.
 2   A      Those are the two that come to mind, that I
 3          can remember the specific individuals
 4          involved.
 5   Q      Did you consider that Dr. Johnson made his
 6          assessments of you in other than good faith,
 7          meaning he acted from some motive other than a
 8          motive to comply with his responsibilities as
 9          an assessor?
10                  MR. GORDILLO:    Could you read that
11          question back, please?
12                  (Record read.)
13   A      I would say the actual written evaluation he
14          provided, was provided in response to his
15          paperwork responsibilities as a faculty
16          member, fulfilling those responsibilities in
17          writing that evaluation.  I don't feel that
18          the content that he wrote was an objective,
19          good faith evaluation of my abilities.
20   Q      Was it based on some ancillary motive, a
21          personal animosity toward you, any type of
22          motive other than motive to fulfill his
23          responsibilities as best he believed them to
24          be, if you know?
25                  MR. GORDILLO:    Objection, form.
```

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | think there are too many women                               |
| 2  |   | anesthesiologists.  It could be because they                 |
| 3  |   | think you had enough education already, why                  |
| 4  |   | are you in there now, whatever it might be,                  |
| 5  |   | that is what I'm after.                                      |
| 6  | A | I would say, that was I believe in some ways                 |
| 7  |   | the question that we started with, so the                    |
| 8  |   | names that I picked out of this list here                    |
| 9  |   | would be those individuals that I felt were                  |
| 10 |   | expressing views about me that were not --                   |
| 11 |   | that were influenced by feelings or opinions                 |
| 12 |   | or thoughts other than an objective assessment               |
| 13 |   | of my abilities.                                             |
| 14 | Q | For Dr. Dumas, what kind of motives did you                  |
| 15 |   | believe that Dr. Dumas was acting under,                     |
| 16 |   | motive or motives, besides to fulfill her                    |
| 17 |   | responsibilities as an assessor?                             |
| 18 | A | I would say regarding Dr. Dumas, I don't know                |
| 19 |   | what her motivations were, but she appeared to               |
| 20 |   | have negative feelings about me that were                    |
| 21 |   | separate from any dispassionate, clinical                    |
| 22 |   | assessment of my clinical abilities.  Those                  |
| 23 |   | were expressed in the context of the                         |
| 24 |   | evaluations.                                                 |
| 25 | Q | Correct.  Thank you.  For Dr. Hacker?                        |

```
 1           assessments prior -- strike that.
 2                   You are referring to inconsistencies
 3           between assessments arising from his work with
 4           you prior to October, versus the assessment he
 5           made with you of your work in October of 2008?
 6    A      I would say there were inconsistencies between
 7           evaluations provided prior to October.  Then
 8           subsequent to October, when we worked
 9           together, in December, in which verbally he
10           had no concerns about my performance and his
11           documentation of what occurred in October.
12    Q      Is that what you mean by inconsistencies?
13    A      Yes.
14    Q      Anything else on Dr. Norcia then?
15    A      Not that I can think of at this moment.
16    Q      Dr. Rubin.
17                   MR. GORDILLO:    Could we take a short
18           break?
19                   MR. BIXENSTINE:  Let's do that.
20                   (Recess taken.)
21    Q      We were going to turn to Dr. Rubin.  I ask you
22           to tell me why you considered her assessments
23           of you were based on something other than
24           objective circumstances, assessment of
25           objective circumstances?
```

| | | |
|---|---|---|
| 1 | | experienced physician, but he was new, as I |
| 2 | | remember it.  He was new at the time. |
| 3 | Q | So he was competent to assess you as a |
| 4 | | resident? |
| 5 | A | Yes. |
| 6 | Q | Nothing said, okay.  Was there anything other |
| 7 | | than what you described that bears on what his |
| 8 | | motives might have been? |
| 9 | A | Not that I can remember at this time. |
| 10 | Q | Are there any other reasons why the program |
| 11 | | should not have given full weight to his |
| 12 | | assessments, beside what you provided me |
| 13 | | already? |
| 14 | A | Not that I can think of at this point. |
| 15 | Q | You know, do you at this point have any better |
| 16 | | sense of what you want to do with Dr. Wallace, |
| 17 | | whether you want to put him on the list or |
| 18 | | not? |
| 19 | A | I would put him on the list of faculty who I |
| 20 | | believe not acted in good faith. |
| 21 | Q | In a general sense, I can understand that.  I |
| 22 | | have reason to -- documentation.  In terms of |
| 23 | | his -- we will get to again.  In terms of his |
| 24 | | assessments of you as an evaluator, that is |
| 25 | | all I am focused on at this point. |